# EXHIBIT C

Case 1:05-cv-00853-SLR    Document 1-4    Filed 12/12/2005    Page 1 of 2

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Direct Line: 7067
Fax: 202-639-7008
elliot.polebaum@friedfrank.com

May 26, 2005

**Via Federal Express**

J. L. Naimer, President
Universal Avionics
3260 E. Universal Way
Tucson, AZ 85706

    Re:    Thales S.A. Patent Licensing

Dear Mr. Naimer:

    I am writing to you on behalf of my client Thales S.A. Thales owns a portfolio of patents relating to Terrain Awareness and Warning System (TAWS) technologies. Because your company manufactures a TAWS product, we would like to bring to your attention patents belonging to Thales relating to TAWS technology that may be of interest to you. Enclosed are: (1) U.S. Patent No. 5,488,563, to Chazelle et al.; (2) U.S. Patent No. 5,638,282, to Chazelle et al.; (3) U.S. Patent No. 5,414,631, to Denoize et al.; and (4) U.S. Patent No. 6,088,654, to Lepere et al.; all relate to TAWS technology.

    I would like to arrange a meeting between Thales representatives and Universal representatives to discuss the Thales portfolio and the possibility of Universal's obtaining a license to the patented technology. Please contact me at your earliest convenience regarding this matter.

Sincerely,

Elliot E. Polebaum

Enclosures

New York • Washington • Los Angeles • London • Paris

A Delaware Limited Liability Partnership