AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

THALES AIRBORNE SYSTEMS S.A., and
THALES AVIONICS S.A.,
        Plaintiffs,

V.

UNIVERSAL AVIONICS SYSTEMS CORPORATION,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    05-853

TO: (Name and address of Defendant)

    Universal Avionics Systems Corporation
    c/o Delaware Secretary of State (pursuant to 10 Del. C. §3104)
    401 Federal Street
    Suite 3
    Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    ASHBY & GEDDES
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

December 12, 2005

CLERK      *[signature]*      DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | December 12, 2005 |
| NAME OF SERVER *(PRINT)* Robert Bower | TITLE | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Personally served Universal Avionics Systems Corporation by serving the Delaware Secretary of State at the address indicated on the front of this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 12, 2005         *[signature: Robert Bower]*
              Date                       Signature of Server

                                         Address of Server
                                         Parcels, Inc.
                                         230 N. Market Street
                                         Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.