IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-853 |
| v. | ) ) | |
| UNIVERSAL AVIONICS SYSTEMS CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MAILING AS TO UNIVERSAL AVIONICS SYSTEMS CORPORATION

STATE OF DELAWARE            )
                             ) SS:
COUNTY OF NEW CASTLE         )

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1. I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiffs.

2. Upon information and belief, the address of defendant Universal Avionics Systems Corporation is 3260 E. Universal Way, Tucson, Arizona 85706.

3. On December 12, 2005, I caused to be sent to defendant Universal Avionics Systems Corporation via Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a Notice consisting, among other things, of a copy of the process and complaint served upon the Delaware Secretary of State, and a statement that:

   (a) service of the original of such process has been made upon the

Secretary of State; and

(b) under the provisions of 10 *Del. C.* § 3104, such service is as effectual for all intents and purposes as if it had been made upon him personally within this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

4. The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the original of the return receipt executed on December 14, 2005 on behalf of defendant Universal Avionics Systems.

5. The foregoing is true and correct to the best of my knowledge, information and belief.

_____
Tiffany Geyer Lydon

SWORN TO AND SUBSCRIBED before me this 19th day of December 2005.

_____
Notary Public