# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

THALES AIRBORNE SYSTEMS S.A., and )
THALES AVIONICS S.A., )
                                 )
              Plaintiffs, )
                                 )      C.A. No. 05-853
      v. )
                                   )
UNIVERSAL AVIONICS SYSTEMS )
CORPORATION, )
                                 )
              Defendant. )

<u>**NOTICE**</u>

TO:    Universal Avionics Systems Corporation
         3260 E. Universal Way
         Tucson, Arizona 85706

        PLEASE TAKE NOTICE that service of process, directed to you in the above-captioned

matter, has been made upon the Delaware Secretary of State pursuant to 10 *Del. C.* § 3104. Copies

of said process and Complaint are enclosed herewith. Under the provisions of 10 *Del. C.* § 3104,

such service is as effectual to all intents and purposes as if made personally upon you within this

state.

                                        ASHBY & GEDDES

                                      *Tiffany Geyer Lydon*

                                    Steven J. Balick (I.D. #2114)
                                    John G. Day (I.D. #2403)
                                    Tiffany Geyer Lydon (I.D. #3950)
                                    222 Delaware Avenue, 17th Floor
                                    P.O. Box 1150
                                    Wilmington, Delaware 19801
                                    (302) 654-1888

                                    *Attorneys for Plaintiffs*

*Of Counsel:*

Elliot E. Polebaum
Deneen J. Melander
FRIED FRANK HARRIS SHRIVER &
   JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel.:  (202) 639-7000
Fax:  (202) 639-7004

Dated:  December 12, 2005

164519.1

ORIGINAL BY REGISTERED MAIL NO. **RA 122 365 527 US**, RETURN RECEIPT
REQUESTED; AND COPY BY REGULAR MAIL