# EXHIBIT B

| Registered No. RA 122 365 527 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 3.13 | Restricted Delivery $ | |
| Received by | | Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse) |
| Customer Must Declare Full Value $ 0 | With Postal Insurance ☐ / Without Postal Insurance ☒ | |

FROM: Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Ave., Wilmington, DE 19801

TO: Universal Avionics Systems Corporation
3260 E. Universal Way
Tucson, Arizona 85706

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)
[DMF]

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Universal Avionics Systems
3260 E. Universal Way
Tucson, Arizona 85706

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): E.H. Ely
C. Date of Delivery: 12/14/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 122 365 527 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540