IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNIVERSAL AVIONICS SYSTEMS CORPORATION, | ) ) ) ) |
| Defendant. | ) |

C.A. No. 05-853-SLR

**THALES AIRBORNE SYSTEMS S.A. AND THALES AVIONICS S.A.'S
MOTION TO ENJOIN DEFENDANT'S SUBSEQUENTLY-FILED
NEW JERSEY PROCEEDINGS**

Plaintiffs Thales Airborne Systems S.A. and Thales Avionics S.A. hereby move the Court to enjoin Defendant Universal Avionics Systems Corporation from prosecuting its subsequently-filed action in the United States District Court for the District of New Jersey styled *Universal Avionics Systems Corporation v. Thales S.A.*, Civ. No. 05-cv-05764-JAG-MCA (D.N.J.).

The reasons for this motion are set forth in the accompanying memorandum of law and in the accompanying Declaration of Franck Legrand.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Thales Airborne Systems S.A.
and Thales Avionics S.A.*

*Of Counsel:*

Elliot E. Polebaum
Deneen J. Melander
FRIED FRANK HARRIS SHRIVER &
    JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 639-7000
Fax: (202) 639-7004

Dated: January 3, 2006
165211.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and <br> THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-853-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This _____ day of _____, 2006, plaintiffs Thales Airborne Systems S.A. and Thales Avionics S.A. having moved the Court to enjoin defendant Universal Avionics Systems Corporation from prosecuting its subsequently-filed action in the United States District Court for the District of New Jersey styled *Universal Avionics Systems Corporation v. Thales S.A.*, Civ. No. 05-cv-05764-JAG-MCA (D.N.J.), and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that plaintiffs' motion is granted. Defendant Universal Avionics Systems Corporation is hereby enjoined from prosecuting its action in the United States District Court for the District of New Jersey styled *Universal Avionics Systems Corporation v. Thales S.A.*, Civ. No. 05-cv-05764-JAG-MCA (D.N.J.).

_____
Chief Judge

165214.1

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel have discussed the attached motion, but an agreement could not be reached.

*/s/ John G. Day*
_____
John G. Day

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2006, the attached **THALES AIRBORNE SYSTEMS S.A. AND THALES AVIONICS S.A.'S MOTION TO ENJOIN DEFENDANT'S SUBSEQUENTLY-FILED NEW JERSEY PROCEEDINGS** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Scott J. Bornstein, Esquire<br>Greenberg Traurig LLP<br>Met Life Building<br>200 Park Avenue<br>New York, NY 10166 | VIA FEDERAL EXPRESS |
| Delaware Secretary of State<br>401 Federal Street, Suite 3<br>Dover, DE 19901 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day

165219.1