IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) )  C. A. No. 05-853 (SLR) ) ) ) ) ) ) |

## MOTION TO TRANSFER OF DEFENDANT
## UNIVERSAL AVIONICS SYSTEMS CORPORATION

Defendant, Universal Avionics Systems Corporation ("Universal"), moves this Court to transfer this action to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404(a). Interests of convenience and justice favor transfer at this early stage in the proceedings.

This Motion is supported by Universal's accompanying Memorandum and the Declaration of Allan A. Kassenoff.

OF COUNSEL:

Scott J. Bornstein
Greenberg Traurig, LLP
200 Park Ave
34th Floor
New York, NY 10166
(212) 801-9200

Dated: January 18, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant
Universal Avionics Systems Corp.*

RLF1-2971212-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Steven J. Balick
John G. Day
Tiffany Geyer Dydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE   18999

I hereby certify that on January 18, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS**

Elliot E. Polebaum
Deneen J. Melander
Fried Frank Harris Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC   20004

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-2970276-1