IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., </br></br>         Plaintiffs, </br></br> v. </br></br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, </br></br>         Defendant. | C.A. No. 05-853 (SLR) |

### ORDER

The Court, having considered the Motion to Transfer ("Motion") of Defendant Universal Avionics Systems Corporation ("Universal") and good cause having been shown,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that Universal's Motion is GRANTED and this action is transferred to the United States District Court for the District of New Jersey.

_____
United States District Judge

RLF1-2971213-1