IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-CV-853 (SLR) |

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for defendant Universal Avionics Systems Corporation raised a transfer of this action to New Jersey, but counsel for plaintiffs Thales Airborne Systems S.A. and Thales Avionics S.A. (collectively, "Thales") opposes the transfer sought in the attached Motion.

OF COUNSEL:

Scott J. Bornstein
Greenberg Traurig, LLP
200 Park Ave, 34th Floor
New York, NY 10166
(212) 801-2100

Dated: January 18, 2006

_/s/ Frederick L. Cottrell, III_
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant*
*Universal Avionics Systems Corp*

RLF1-2971053-1