IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THALES AIRBORNE SYSTEMS S.A. and )
THALES AVIONICS S.A., )
 )
      Plaintiffs, )
 )
v. ) C.A. No. 05-853 (SLR)
 )
UNIVERSAL AVIONICS SYSTEMS )
CORPORATION, )
 )
      Defendant. )
 )

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Scott J. Bornstein, to represent Defendant, Universal Avionics Systems Corp. in these matters.

| OF COUNSEL: | _/s/ Frederick L. Cottrell, III_ |
|---|---|
|  | Frederick L. Cottrell, III (#2555) |
| Scott J. Bornstein | cottrell@rlf.com |
| Greenberg Traurig, LLP | Alyssa M. Schwartz (#4351) |
| 200 Park Ave | schwartz@rlf.com |
| 34th Floor | Richards, Layton & Finger |
| New York, NY 10166 | One Rodney Square |
| (212) 801-2100 | P.O. Box 551 |
|  | Wilmington, DE 19899 |
| Dated: January 19, 2006 | (302) 651-7700 |
|  | *Attorneys for Defendant* |
|  | *Universal Avionics Systems Corp.* |

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
                                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Dated: 1/17/06

_____
Scott J. Bornstein

Greenberg Traurig, LLP
200 Park Avenue, 34th Floor
New York, NY 10166

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Steven J. Balick
John G. Day
Tiffany Geyer Dydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE  18999

I hereby certify that on January 19, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Elliot E. Polebaum
Deneen J. Melander
Fried Frank Harris Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com