IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL AVIONICS SYSTEMS CORPORATION,<br><br>Defendant. | C.A. No. 05-853-SLR |

## STIPULATION AND ORDER

WHEREAS on January 3, 2006, plaintiffs Thales Airborne Systems S.A. and Thales Avionics S.A. filed their Motion to Enjoin Subsequently-Filed New Jersey Proceedings (the "Thales Motion") and their opening memorandum of law in support thereof; and

WHEREAS on January 18, 2006, defendant Universal Avionics Systems Corporation filed its combined answering memorandum of law in opposition to the Thales Motion and opening memorandum of law in support of its cross-motion to transfer this action to the United States District Court for the District of New Jersey (the Universal Avionics Motion");

NOW THEREFORE, the parties stipulate and agree, subject to the approval and Order of the Court, that plaintiffs shall serve and file a combined reply brief in support of the Thales Motion and answering brief in opposition to the Universal Avionics Motion on or before Wednesday February 1, 2006, and defendant shall serve and file a reply brief on the Universal Avionics Motion on or before Wednesday February 15, 2006.

| ASHBY & GEDDES | RICHARDS LAYTON & FINGER |
|---|---|
| /s/ *John G. Day* | /s/ *Alyssa M. Schwartz* |
| Steven J. Balick (I.D. #2114) | Frederick L. Cottrell, III (I.D. #2555) |
| John G. Day (I.D. #2403) | Alyssa M. Schwartz (I.D. #4351) |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| P.O. Box 1150 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 651-7700 |
| sbalick@ashby-geddes.com | cottrell@rlf.com |
| jday@ashby-geddes.com | schwartz@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

165918.1