IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A.<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL AVIONICS SYSTEMS CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 05-853-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOSEPH J. LOBUE

Joseph J. LoBue hereby declares and states as follows:

1. My name is Joseph J. LoBue. I have personal knowledge of the information set forth herein.

2. I am an attorney with the law firm Fried, Frank, Harris, Shriver & Jacobson, LLP, counsel to plaintiffs Thales Airborne Systems S.A. and Thales Avionics S.A. in this action.

3. Attached hereto as exhibit 1 is a true and correct copy of an Internet webpage from Universal Avionics Systems Corporation's website available at http://www.uasc.com/customer/index.asp.

4. Attached hereto as exhibit 2 is a true and correct copy of an Internet webpage from AT&T Corporation's website listing telephone area codes for the United States available at http://www.consumer.att.com/global/english/usa_codes.html#D.

5. Attached hereto as exhibit 3 is a true and correct copy of an Internet webpage from Universal Avionics Systems Corporation's website available at http://www.uasc.com/marketing/region.asp?contendid=se.

6. Attached hereto as exhibit 4 are true and correct copies of Judicial Caseload Profile Reports for the 12-month period ending September 30, 2005 for the United States District Court for the District of Delaware and the United States District Court for the District of New Jersey from the Internet website of the Administrative Office of the United States Courts, available at http://www.uscourts.gov/cgi-bin/cmsd2005.pl.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2006

_____
Joseph J. LoBue

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2006, the attached **DECLARATION OF JOSEPH J. LOBUE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Scott J. Bornstein, Esquire<br>Greenberg Traurig LLP<br>Met Life Building<br>200 Park Avenue<br>New York, NY 10166 | **VIA FEDERAL EXPRESS** |

/s/ John G. Day
_____
John G. Day

165219.1