# EXHIBIT 1




Home   Corp   Mktg/Sales   Products   Cust Svc   Careers   Contact Us   Site Map   UniNet

 Customer Support
 Service Centers
Technical Publications
Nav Database
Training



# CUSTOMER SUPPORT



**Bob Raterink**
Manager –
Technical & F
Support



### 24-hour hotline
### (520) 295-2399

## Customer Support Offices

### Tucson Main Office
Tel: (520) 573-7627 or (800) 595-5906
Fax: (520) 295-2384
Email: customersupport@uasc.com

- Universal Customer Support
- Technical Support
- Customer Training
- Warranty Exchanges
- Warranty Loaners
- Rental Equipment
- Repair Center (Full)
- OEM Support

### Wichita Office
Tel: (316) 524-9500 or (800) 255-0282
Fax: (316) 524-9700

- Technical Support

http://www.uasc.com/customer/index.asp                                                              1/20/2006

- Customer Training
- Repair Center
- Field Support
- OEM Support

### North Central USA
Contact: Spencer Tepe
Tel: (316) 524-9500 or (800) 255-0282
Fax: (316) 524-9700

- Technical Support
- Customer Training
- Repair Center
- Field Support
- OEM Support

### Northeast USA
Contact: Rick Houtz
Tel: (302) 798-3595
Fax: (302) 798-3596

- Technical Support
- Customer Training
- Field Support
- OEM Support

### South East USA
Contact: Bob Brownell
Tel: (407) 328-4060

- Technical Support
- Customer Training
- Field Support
- OEM Support

### Southcentral USA
Contact: Willie Wilson
Tel: (972) 564-2951

- Technical Support
- Customer Training
- Field Support
- OEM Support

## European Office
Basel, Switzerland
Contact: Christian Zumkeller
Tel: +41-61-325-3660
Fax: +41-61-325-3665

- Technical Support
- Customer Training
- Field Support
- OEM Support

Home| Corporate | Marketing | Products | Customer Service | Careers | Contact Us| Site Map| UniNet
Get Acrobat Reader
©Copyright 2000 Universal Avionics Systems Corporation
site built by marketNOW!