# EXHIBIT 2

# U.S. Area Codes

The table below gives a list of US area codes for each state, with a list of important cities and towns in each of the telephone area codes. Weight is given to population and also to proximity to the border with adjoining telephone area codes. US cities and area codes shown in parentheses in (blue) are not yet in use; in each such case, long distance area codes immediately above in the table apply to the US cities and area codes shown in blue. Information shown in (red) relates to the implementation of US area codes.

The list of area codes for Canada follows the same format for the provinces and territories.

Make international telephone calls, click here to see AT&T's best offers.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X Y Z | Canada

| State | NPA | Cities |
|-------|-----|--------|
| AK | 907 | (entire state) |
| AL | 205 | Ashville, Bexar, **Birmingham**, Butler, Centreville, Clanton, Columbiana, Eutaw, Hamilton, Jasper, Lincoln, Oneonta, Pell City, Tuscaloosa; (659 overlay on 205 cancelled) |
| | 251 | Atmore, Bay Minette, Beatrice, Brewton, Castleberry, Coffeeville, Evergreen, Finchburg, Gilbertown, Gosport, Grove Hill, Jackson, Melvin, **Mobile**, Monroeville, Peterman, Pine Apple, Tillmans Corner |
| | 256 | Albertville, Alexander City, Anniston, Arab, Athens, Boaz, Cullman, Dadeville, Decatur, Florence, Ft. Payne, Gadsden, Guntersville, **Huntsville**, Piedmont, Rockford, Russellville, Sylacauga, Talladega, Wedowee |
| | 334 | Andalusia, Auburn, Camden, Daleville, Demopolis, Dixons Mills, Dothan, Eclectic, Enterprise, Eufaula, Forest Home, Fort Deposit, Georgiana, Gordonsville, Greensboro, Greenville, Holtville, Kowaliga, Lafayette, Lanett, Linden, McKenzie, Maplesville, Marion, **Montgomery**, Nanafalia, Notasulga, Opelika, Opp, Phenix City, Pine Hill, Prattville, Red Level, Roanoke, Rock Mills, Selma, Shawmut, Sweet Water, Tallassee, Thomasville, Troy, Tuskegee, Valley, Vredenburgh, West Point, Wetumpka, Wing |
| AR | 479 | Atkins, Aurora, Belleville, Bentonville, Bluffton, Boles, Centerville, Clarksville, Danville, Dover, Eureka Springs, **Fayetteville, Ft. Smith**, Forum, Hector, Hindsville, Huntsville, Kingston, Mena, Rogers, Russellville, St. Paul, Salus, Siloam Springs, Springdale, Van Buren |
| | 501 | Bald Knob, Bauxite, Beebe, Benton, Bismarck, Bradford, Cabot, Casa, Cleveland, Clinton, Conway, Coy, Crystal Springs, Donaldson, England, Fairfield Bay, Ferndale, Greers Ferry, Griffithville, Heber Springs, Hot Springs, Jacksonville, Jessieville, Kensett, **Little Rock**, Lonoke, McRae, Malvern, Morrilton, Nimrod, Palarm, Pangburn, Perry, Pinnacle, Pleasant Plains, Redfield, Scotland, Searcy, Shirley, South Fourche, Springlake, Wrightsville |

| | 870 | Arkadelphia, Ashdown, Augusta, Batesville, Berryville, Blytheville, Camden, De Queen, De Valls Bluff, Des Arc, Dumas, El Dorado, Forrest City, Helena, Hope, Jasper, **Jonesboro**, Magnolia, Marshall, Monticello, Mount Ida, Mountain View, Newport, **Pine Bluff**, Prescott, Sheridan, Stuttgart, Texarkana, Trumann, Warren, West Memphis, Wynne |
|---|---|---|
| AS | (684) | American Samoa (U.S. territory in the Pacific Ocean); currently dialed as country code +684, will become NANP area code +1 684 on 2004-10-02. |
| AZ | 480 | Apache Jct., Carefree, Cave Creek, Chandler, Fountain Hills, Gilbert, Guadalupe, Higley, Mesa, Paradise Valley, Queen Creek, Salt River, **Scottsdale**, Sun Lakes, most of **Tempe**; east/northeast **Phoenix** area |
| | 520 | Ajo, Benson, Bisbee, Blackwater, Bowie, Casa Blanca, Casa Grande, Cascabel, Coolidge, Douglas, Elfrida, Eloy, Florence, Hayden, Kitt Peak, Komatke, Lone Butte, Maricopa, Maricopa Village, **Nogales**, Patagonia, Pearce, Peridot, Sacaton, San Manuel, San Simon, Santa Rosa, Sasabe, Sells, Sierra Vista, Stotonic, Sunizona, Superior, Tombstone, **Tucson**, West San Simon, Whitlow, Willcox; Saguaro N.P., Organ Pipe Cactus N.M. |
| | 602 | central **Phoenix** (includes most of Phoenix and parts of some suburbs) |
| | 623 | Avondale, Black Canyon City, Buckeye, Circle City, El Mirage, **Glendale**, New River, Peoria, Sun City, Sun City West, Surprise, Tolleson, Tonopah, Wintersburg; west/northwest **Phoenix** area |
| | 928 | Aguila, Alpine, Arizona Village, Ash Fork, Bagdad, Black Mesa, Blue Ridge, Bonita, Bouse, Bullhead City, Bullhead City North, Cameron, Camp Verde, Castle Rock, Chinle, Chino Valley, Cibola, Clifton, Coconino Plateau, Colorado City, Cottonwood, Dennehotso, Dilcon, Duncan, Eagar, East Kingman, Ehrenberg, **Flagstaff**, Ft. Apache, Ft. Defiance, Fredonia, Ganado, Gila Bend, Globe, Golden Valley, Grand Canyon, Greasewood, Green Haven, Greer, Harquahala Valley, Hawley Lake, Heber, Holbrook, Humboldt, Hyder, Joseph City, Kaibito, Kayenta, Keams Canyon, Kingman, Kykotsmovi Village, Lake Havasu City, Lake Mohave Ranchos, Lake Pleasant, Le Chee, Leupp, Littlefield, Lukachukai, Many Farms, Marble Canyon, McNary, Meadview, Mesquite Creek, Miami, Mohave Valley, Mormon Lake, Munds Park, Page, Parker, Parker Dam, Payson, Peach Springs, Pima, Pinedale, Pinetop, Pinon Cottonwood, Polacca, Poston, Prescott, Quartzsite, Red Valley, Rock Point, Roosevelt Lake, Rough Rock, Safford, Saint Johns, Salome, San Carlos, Sanders, Sedona, Seligman, Shonto, Show Low, Snowflake, Somerton, Springerville, Supai, Teec Nos Pos, Tonto Basin, Toyei, Tsaile, Tuba City, Wellton, Whiteriver, Wickenburg, Wide Ruins, Wikieup, Williams, Window Rock, Winslow, Yarnell, Yarnell, Young, Yucca, **Yuma**; Grand Canyon N.P., Petrified Forest N.P., Canyon de Chelly N.M. |

## - C -                                                                    Back to Top

| CA | | NOTE: area codes in California follow prefix boundaries, which do not exactly coincide with municipal or county boundaries. Thus, many cities and towns, especially in the urban areas, are divided between two or more area codes. Not all such cases are indicated below. |
|---|---|---|
| | 209 | Galt, Ione, Livingston, Lodi, Los Banos, Manteca, Merced, **Modesto**, Oakdale, Patterson, Ripon, **Stockton**, Tracy, Tuolomne Meadows, Turlock, Yosemite N.P. |

213    core of downtown **Los Angeles** business district, including Chinatown, Echo Park, Westlake, most of Koreatown

310    Agoura Hills, (part of) Beverly Hills, Brentwood, Culver City, (part of) Inglewood, LAX Airport, Lennox, Malibu, Marina Del Rey, Pacific Palisades, Playa Del Rey, **Santa Monica**, Topanga, UCLA (including UCLA Medical Center), Venice, (part of) West Hollywood, West L.A., Westlake Village; southwestern L.A. County

(424)    Avalon (Santa Catalina Island), Carson, Compton, Dominguez Hills, El Segundo, Gardena, Hawthorne, Hermosa Beach, Lomita, (a small part of) Long Beach, Lynwood, Manhattan Beach, Rancho Palos Verdes, Redondo Beach, **San Pedro**, Torrance; *(As of 2003-10-16, the 310/424 split is once again on hold. However, it may be revived on short notice.)*

323    "doughnut" around the core of downtown **Los Angeles**, including Bell, Cudahy, **Huntington Park**, Hyde Park, Silver Lake, Vernon, Watts, most of **Hollywood**, Montebello, and South Gate, and parts of Alhambra, Beverly Hills, Commerce, Inglewood, Los Angeles, Monterey Park, Pasadena, West Hollywood, and other communities

408    Cupertino, Gilroy, Los Gatos, Milpitas, **San José**, Santa Clara, Saratoga, Sunnyvale

415    Brisbane, part of Daly City, Larkspur, Mill Valley, Novato, Point Reyes, **San Francisco**, San Rafael, Sausalito, almost all of Marin and San Francisco Counties plus a small part of northeast San Mateo County

510    Alameda, Berkeley, Castro Valley, Crockett, El Cerrito, El Sobrante, **Fremont**, Hayward, Newark, **Oakland**, Richmond, San Leandro, Union City; bayside East Bay

530    Auburn, Cameron Park, Chico, Corning, Davis, Grass Valley, Hoopa, Markleeville, Marysville, Orland, Oroville, Palermo, Paradise, Placerville, Red Bluff, **Redding**, South Lake Tahoe, Susanville, Thermalito, Truckee, Willow Creek, Willows, Woodland, Yreka, Yuba City

559    Avenal, Chowchilla, Clovis, Coalinga, Corcoran, Dinuba, Ducor, Exeter, **Fresno**, Hanford, Kerman, Kettleman City, Kingsburg, Lemoore, Lindsay, Madera, Mendota, Mono Hot Springs, Orange Cove, Orosi, Parlier, Porterville, Reedley, Selma, Tulare, Visalia, Woodlake, Woodville, Kings Canyon N.P., Sequoia N.P.

562    Artesia, Bellflower, Cerritos, Downey, La Habra, La Mirada, Lakewood, (most of) **Long Beach**, Los Alamitos, Norwalk, Paramount, Pico Rivera, Rossmoor, Seal Beach, Signal Hill, Whittier

619    most of **San Diego** (Note: parts of San Diego are in 760 and 858); Alpine (San Diego County), Boulevard, Campo, Chula Vista, Coronado, Descanso, Dulzura, El Cajon, Imperial Beach, Jacumba, Jamul, Lakeside, (most of) Lemon Grove, (most of) National City, Pine Valley, San Ysidro, Santee, Spring Valley

626    Alhambra, Altadena, Arcadia, Azusa, Baldwin Park, Covina, El Monte, Glendora, La Puente, Monrovia, Monterey Park, **Pasadena**, Rosemead, San Gabriel, San Gabriel Valley

650    Belmont, Burlingame, Colma, (much of) Daly City, Los Altos, Menlo Park,

Millbrae, **Mountain View**, Pacifica, **Palo Alto**, **Redwood City**, San Bruno, San Carlos, San Francisco Airport (SFO), **San Mateo**; "The Peninsula"

661    Arvin, **Bakersfield**, California Hot Springs, Castaic, Cuyama, Delano, Earlimart, Frazier Park, Gorman, Lancaster, northern Los Angeles County, McFarland, McKittrick, Mojave, Newhall, Oildale, Palmdale, Rosamond, Santa Clarita, Shafter, Taft, Tehachapi, Valyermo, Wasco

707    Annapolis, Arcata, Asti, Benicia, Bodega Bay, Boyes Hot Springs, Calistoga, Clearlake, Cotati, Crescent City, Dixon, **Eureka**, Fairfield, Ferndale, Fort Bragg, Geyserville, Gualala, Guerneville, Healdsburg, Hopland, Lakeport, Middletown, **Napa**, Orick, Petaluma, Petrolia, Rohnert Park, St. Helena, **Santa Rosa**, Sonoma, Suisun City, Tomales, Ukiah, Vacaville, Vallejo, Willits, Yorkville, Yountville; "The Wine Country" and north coast

714    northern Orange County: **Anaheim**, Brea, Buena Park, (part of) Costa Mesa, Cypress, Fountain Valley, Fullerton, Huntington Beach, La Palma, **Orange**, Placentia, (most of) **Santa Ana**, Silverado, Stanton, Villa Park, Westminster, Yorba Linda

760    Adelanto, Apple Valley, Barstow, Bishop, Blythe, Borrego, Brawley, Bridgeport, Calexico, California City, Carlsbad, Cathedral City, China Lake, Coachella, El Centro, Encinitas, **Escondido**, Fairview, Fallbrook, Ft. Irwin, Hesperia, Indio, Inyokern, Julian, La Quinta, Lake Isabella, Lee Vining, Mammoth Lake, Mono Lake, Mt. Palomar, Needles, **Oceanside**, Onyx, Pala, **Palm Springs**, Pauma Valley, Pendleton, Phelan, Pinon Hills, Ramona, Ridgecrest, San Marcos, Twentynine Palms, Victorville, Valley Center, Vista, Warner Springs, Winterhaven, Wrightwood, Yucca Valley; Death Valley N.P., Joshua Tree N.P.; includes a small part of **San Diego** itself

805    Arroyo Grande, Atascadero, Bradley, Camarillo, Cambria, Cape San Martin, Cholame, Fillmore, Goleta, Grover Beach, Guadalupe, Lompoc, Los Osos, Moorpark, Morro Bay, Ojai, Oxnard, Paso Robles, Pismo Beach, Point Mugu, **San Luis Obispo**, San Simeon, **Santa Barbara**, Santa Maria, Simi Valley, Thousand Oaks, **Ventura**

818    Agoura, Arleta, **Burbank**, Calabasas, **Canoga Park**, Chatsworth, Encino, **Glendale**, Granada Hills, La Canada, La Crescenta, Mission Hills, Montrose, North Hollywood, Northridge, Pacoima, Reseda, San Fernando, Sepulveda, **Sherman Oaks**, Studio City, Sun Valley, Sylmar, Tarzana, Van Nuys, Woodland Hills, most of the San Fernando Valley (Plans for an 818/747 split have been formulated, but any action on those plans is suspended pending review.)

831    Aptos, Ben Lomond, Big Basin, Big Sur, Boulder Creek, Bryson, Carmel, Castroville, Greenfield, Hollister, King City, Marina, **Monterey**, Pebble Beach, **Salinas, San Ardo, San Juan Bautista, Santa Cruz, Scotts Valley, Seaside, Soledad, Watsonville**

858    Del Mar, **La Jolla**, Poway, Rancho Bernardo, Rancho Santa Fe, Solana Beach; near northern suburbs of **San Diego** (including a small part of San Diego itself)

909    Anza, Banning, Beaumont, Big Bear Lake, Calimesa, Canyon Lake, Chino, Chino Hills, Claremont, Colton, Corona, Crestline, Devore, Diamond Bar, Fontana, Hemet, Highland, Idyllwild, La Verne, Lake Elsinore, Lakeland Village, Mira Loma, Montclair, Moreno Valley, Murrieta, Norco, **Ontario**, Perris, Pomona,

Rancho Cucamonga, Redlands, Rialto, **Riverside**, Rowland Heights, **San Bernardino**, San Dimas, San Jacinto, Sun City, Temecula, Upland, Valle Vista, Walnut, Yucaipa; *(The CPUC is considering a split of 909, roughly along the county line. San Bernardino would retain 909, while Riverside splits to 951. Details will be added as they are finalized.)*

916    El Dorado Hills, **Fair Oaks**, Lincoln, Roseville, **Sacramento**, Walnut Grove, West Sacramento

925    Antioch, **Concord**, Danville, **Livermore**, Martinez, Moraga, Orinda, Pittsburg, Pleasanton, **San Ramon**, **Walnut Creek**; inland East Bay (Plans have been formulated for a geographic split of 925, with the southern portion, including Dublin, San Ramon, Livermore, and Pleasanton, changing to the as-yet-unannounced new code, but any such plans are suspended.)

949    southern Orange County: Aliso Viejo, Corona del Mar, (part of) Costa Mesa, El Toro, (most of) **Irvine**, Laguna Beach, Laguna Niguel, Mission Viejo, (most of) **Newport Beach**, Rancho Santa Margarita, San Clemente, San Juan Capistrano, (most of) Tustin

**CANCELLED OVERLAYS:** 310/424, 408/669, 415/628, 510/341, 650/764, 714/647, 909/752. The new codes may be resurrected for last-minute emergency splits.
**SUSPENDED SPLITS:** 310/424 (overlay converted to split but then suspended and then reinstated and now suspended again but may be reinstated), 619/935, 707/369/627, 760/442, 818/747, 909/951, and 925/t.b.a.

CNMI    670    Commonwealth of the Northern Mariana Islands (entire territory)

CO    303    Arvada, Aurora, Boulder, Brighton, Broomfield, Castle Rock, Deer Trail,
      720    **Denver**, Englewood, Evergreen, Fort Lupton, Georgetown, Golden, Grant, Greeley, Kiowa, Lafayette, Lakewood, Larkspur, Littleton, Longmont, Nederland, Parker, Roggen, Westminster. (720 overlays 303.)

      719    Agate, Alamosa, Bethune, Burlington, Canon City, **Colorado Springs**, Creede, Del Norte, Fairplay, Flagler, Florence, La Junta, Lamar, Leadville, Limon, Monte Vista, **Pueblo**, Salida, Trinidad, Walsenburg, Woodland Park

      970    Aspen, Berthoud, Carbondale, Clifton, Cortez, Craig, Dillon, Durango, Estes Park, **Fort Collins**, Fort Morgan, Frisco, **Grand Junction**, Greeley, Gunnison, Lake City, Loveland, Montrose, Pagosa Springs, Rifle, Seibert, Silverton, Steamboat Springs, Sterling, Telluride, Vail, Vona, Wiggins, Winter Park, Yuma, Mesa Verde N.P., Rocky Mountain N.P.

CT    203    Bridgeport, Danbury, Greenwich, Meriden, **New Haven**, Norwalk, **Stamford**, Waterbury; (475 overlay on 203 postponed indefinitely)

      860    Bristol, Groton, **Hartford**, Manchester, New Britain, New London, Norwich, Torrington, Vernon, Willimantic, Windsor; (959 overlay on 860 postponed indefinitely)

**- D -**                                                    <u>Back to Top</u>

DC    202    Washington, D.C.

DE    302    (entire state)

**- F -**                                                                    <u>Back to Top</u>

| | | |
|---|---|---|
| FL | 239 | Bonita Springs, Cape Coral, Everglades, Flamingo, **Fort Myers**, Fort Myers Beach, Immokalee, Lehigh Acres, Marco Island, Monroe Station, Naples, North Cape Coral, North Fort Myers, North Naples, Pine Island, Sanibel/Captiva Islands; Collier, Lee, and (mainland portion of) Monroe Counties |
| | 305<br>786 | Coral Gables, Hialeah, Homestead, Key Biscayne, Key Largo, Key West, Marathon, **Miami**, Perrine; (305/786 overlay) |
| | 321 | Cape Canaveral, Cocoa Beach, Grant, **Melbourne**, Merritt Island, Palm Bay, Port St. John, Titusville; (This portion of 407 split to 321, but 321 also overlays the remainder of 407. Existing numbers in this part of 407 *changed to 321*.) |
| | 352 | Beverly Hills, Bronson, Brooksville, Clermont, Cross City, Dade City, Eustis, **Gainesville**, Inverness, Keystone Heights, Lady Lake, Leesburg, Mount Dora, **Ocala**, Spring Hill, Tavares |
| | 386 | **western area:** Alachua, Branford, Dowling Park, Florida Sheriffs Boys Ranch, Fort White, High Springs, Jasper, Jennings, Lake Butler, Lake City, Live Oak, Luraville, Mayo, Raiford, Wellborn, White Springs<br>**southern area:** Bostwick, Bunnell, Crescent City, **Daytona Beach**, De Leon Springs, DeBary, Deland, (part of) Deltona, Flagler Beach, Florahome, Interlachen, Marineland, New Smyrna Beach, Oak Hill, Orange City, Palatka, Palm Coast, Pierson, Pomona Park, Welaka; **special note:** the Osteen area of Deltona and the DeBary rate center changed from 407 to 386, thus uniting a town that was split by an area code boundary since 1965! |
| | 407<br>321 | Altamonte Springs, Apopka, Geneva, Kenansville, Kissimmee, **Orlando**, Sanford, Winter Garden, Winter Park, Yeehaw Jct.; (321 overlays most of this portion of 407, but 321 is also be a geographic split of the remainder of 407. Existing numbers in this part of 407 *remained in 407. HOWEVER,* DeBary and Deltona changed to 386 in 2001. 689 was planned as an overlay of both 407/321 and 321, but was cancelled.) |
| | 561 | Belle Glade, **Boca Raton**, Boynton Beach, Delray Beach, Jupiter, Lake Harbor, Pahokee, **West Palm Beach**; Palm Beach County and a small portion of Martin County |
| | 727 | Aripeka, Clearwater, Dunedin, Hudson, Largo, New Port Richey, Palm Harbor, Pinellas Park, **St. Petersburg**, Tarpon Springs, Tierra Verde |
| | 772 | Fort Pierce, Gifford, Hobe Sound, Indiantown, Jensen Beach, Port St. Lucie, Sebastian, Stuart, Vero Beach; Indian River and St. Lucie Counties and most of Martin County |
| | 813 | Brandon, Land O' Lakes, Oldsmar, Plant City, Ruskin, Sun City, **Tampa**, Wesley Chapel, Wimauma, Zephyrhills |
| | 850 | Crestview, De Funiak Springs, Ft. Walton Beach, Madison, Marianna, Milton, Panama City, **Pensacola**, Perry, Quincy, **Tallahassee** |
| | 863 | Arcadia, Avon Park, Bartow, Clewiston, Frostproof, Haines City, La Belle, Lake Wales, **Lakeland**, Moore Haven, Okeechobee, Sebring, Wauchula, Winter Haven |
| | 904 | Baldwin, Callahan, East Palatka, Fernandina Beach, Green Cove Springs, Hastings, Hilliard, **Jacksonville**, Jacksonville Beach, Julington, Kingsley Lake, |

Lawtey, Macclenny, Maxville, Middleburg, Olustee, Orange Mills, Orange Park, Ormond Beach, Palm Valley, Ponte Vedra Beach, Port Orange, St. Augustine, St. Johns, Sanderson, Starke, Taylor, Yulee

941    Boca Grande, Bradenton, Cape Haze, Englewood, Myakka, North Port, Palmetto, Port Charlotte, Punta Gorda, **Sarasota**, Venice; Charlotte, Manatee, and Sarasota Counties

954    Coral Springs, Davie, Deerfield Beach, **Ft. Lauderdale**, Hollywood, Margate,
(754)    Miramar, Oakland Park, Pompano Beach, Tamarac (754 will overlay 954)

**- G -**                                                                    <u>Back to Top</u>

GA    229    Adel, **Albany**, Americus, Bainbridge, Blakely, Brooklyn, Cairo, Camilla, Chattahoochee, Cordele, Dawson (Terrell Co.), Fitzgerald, Georgetown, Moultrie, Quitman, Sylvester, Thomasville, Tifton, **Valdosta**

404    **Atlanta**, College Park, Decatur, East Point, Forest Park, Sandy Springs. (678 and
678    470 overlay both 404 and 770, although almost all 678 and 470 numbers are in
470    the 770 area.)

478    Dublin, Eastman, Forsyth, Fort Valley, Hardwick, **Macon**, Milledgeville, Millen, Perry, Sandersville, Swainsboro, Warner Robbins, Wrightsville

770    Alpharetta, Barnesville, Canton, Carrollton, Cartersville, Cedartown, Chamblee,
678    Covington, Dunwoody, Gainesville, Griffin, Jackson, **Marietta**, Monroe,
470    Newnan, **Norcross**, Peachtree City, Roswell, **Smyrna**, Tucker, Winder;
*surrounds, but does not include, Atlanta.* (678 and 470 overlay 404 and 770.)

706    **northern/eastern area:** Athens, **Augusta**, Big Canoe, Braselton, Calhoun, Carnesville, Cave Spring, Cleveland, Commerce, Cornelia, Dahlonega, Dalton, Dawsonton, Dawsonville (Dawson Co.), Eatonton, Elberton, Ellijay, Fairmount, Gibson, Hephzibah, Jasper, Jefferson, La Fayette, Madison, Martinez, Maysville, Monticello, Nicholson, Pendergrass, Ranger, Rome, Rutledge, Sparta, Summerville, Thomson, Toccoa, Watkinsville, Waynesboro, Wintersville, Wrens
**southwestern area: Columbus**, Cusseta, Franklin, Gay, Geneva, Greenville, Hamilton, Hogansville, La Grange, Manchester, North West Point, Pine Mountain, Talbotton, Thomaston, Warm Springs, Waverly Hall, West Point, Woodbury, Woodland
**south central area:** Yatesville
*(706 consists of three discontiguous areas; 770/678/470 and 478 touch to the east and west of Yatesville)*

912    Brunswick, Douglas, Hinesville, Jesup, St. Marys, **Savannah**, Statesboro, Sylvania, Vidalia, Waycross

GU    671    Guam (entire territory)

**- H -**                                                                    <u>Back to Top</u>

HI    808    (entire state)

**- I -**                                                                    <u>Back to Top</u>

IA    319    Allison, Anamosa, Aplington, Argyle, Belle Plaine, Birmingham, Brandon, Brighton, Burlington, Cantril, Cedar Falls, **Cedar Rapids**, Center Point, Central City, Clarksville, Clutier, Coggon, Conesville, Denver, Dike, Dunkerton, Elberon,

Ely, Fairbank, Farmington, Fort Madison, Frederika, Grandview, Grundy Center, Guernsey, Hartwick, Hazleton, Independence, Iowa City, Jesup, Keokuk, Keosauqua, Keswick, Keystone, La Porte City, Lisbon, Lockridge, Lone Tree, Martelle, Mechanicsville, Monticello, Morley, Mt. Pleasant, Mt. Sterling, Mt. Vernon, Nichols, North Engllish, Oelwein, Olin, Onslow, Packwood, Parkersburg, Plainfield, Prairieburg, Primrose, Quasqueton, Readlyn, Reinbeck, Richland, Rowley, Solon, South English, Springville, Stanwood, Stockport, Traer, Tripoli, Troy Mills, Urbana, Victor, Vinton, Walker, Washington, Waterloo, Waverly, Wellman, West Branch, West Chester, West Liberty, Winthrop

515    Adel, Alden, Algona, Altoona, **Ames**, Buckeye, Clarion, Colfax, Corwith, Dallas Center, De Soto, **Des Moines**, Dexter, Dows, Earlham, Elkhart, **Ft. Dodge**, Indianola, Jefferson, Lakota, McCallsburg, Maxwell, Minburn, Nevada, Norwalk, Perry, Pleasantville, Redfield, Rippey, Runnells, Stuart, Webster City, Winterset

563    Alpha, Arlington, Atalissa, Baldwin, Bernard, Bettendorf, Cascade, Center Junction, Clarence, Clinton, Cresco, **Davenport**, Decorah, **Dubuque**, Fredericksburg, Hawkeye, Hopkinton, Lamont, Lawler, Lime Springs, Manchester, Maqoketa, Maynard, Moscow, Muscatine, North Chester, Oran, Oxford Junction, Protivin, Quad Cities, Randalia, Rochester, Ryan, Sumner, Tipton, Worthington, Wyoming

641    Adair, Bagley, Britt, Buffalo Center, Centerville, Charles City, Clear Lake, Colo, Corning, Creston, Fairfield, Forest City, Garner, Greenfield, Grinnell, Guthrie Center, Hubbard, Iowa Falls, Jamaica, Kanawha, Knoxville, Liberty Center, Linden, Lorimor, Macksburg, **Marshalltown**, Martensdale, **Mason City**, Menlo, Milo, Mingo, Monroe, New Hampton, Newton, Osceola, Oskaloosa, Otley, **Ottumwa**, Pella, Peru, Prairie City, Rowan, St. Charles, St. Marys, Truro, Yale, Zearing

712    Atlantic, Bedford, Carroll, Cherokee, Clarinda, Council Bluffs, Denison, Emmetsburg, Estherville, Glenwood, Harlan, Pocahontas, Red Oak, Rockwell City, Shenandoah, Sioux Center, **Sioux City**, Spencer, Storm Lake, western

ID    208    (entire state)

IL    217    Beardstown, Carlinville, Carrollton, Carthage, **Champaign**, Charleston, Clinton, Danville, Decatur, Effingham, Hoopeston, Jacksonville, Lincoln, Litchfield, Lomax, Mattoon, Pana, Paxton, Rantoul, **Springfield**

309    **Bloomington**, Canton, Farmer City, Geneseo, Havana, Kewanee, Lacon, Moline, Monmouth, Normal, Pekin, **Peoria**, Quad Cities, Rock Island

312    **Chicago** (downtown area only -- see 773); (872 overlay on 312 and 773 has been postponed indefinitely)

618    Alton, Belleview, Belleville, Benton, Carbondale, Carmi, Centralia, Chester, **Collinsville**, Du Quoin, **East St. Louis**, Fairfield, Granite City, Harrisburg, Highland, Jerseyville, Marlon, Metropolis, Mt. Carmel, Mt. Vernon, Newton, Robinson, Salem, Vandalia

630    **Aurora**, Bartlett, Batavia, Downers Grove, Elmhurst, Geneva, Glen Ellyn, **Hinsdale**, Itasca, Lemont, Lisle, Lombard, Naperville, Plano, Roselle, West Chicago, Yorkville; (331 overlay on 630 has been postponed indefinitely)

708    Blue Island, Chicago Heights, **Cicero**, La Grange, La Grange Park, Lansing,

Maywood, Oak Lawn, Oak Park, Orland Park, Palos Park, River Grove, Riverdale, Summit, Tinley Park

773 **Chicago** (outside downtown; includes O'Hare and Midway Airports) (872 overlay on 312 and 773 has been postponed indefinitely)

815 Crystal Lake, De Kalb, Dixon, Freeport, Harvard, **Joliet**, Kankakee, Lockport, McHenry, Oglesby, Peru, Pontiac, Princeton, Rochelle, Rock Falls, **Rockford**, Sterling, Watseka, Woodstock

847 Arlington Heights, Barrington, Deerfield, Des Plaines, Dundee, Elgin, **Elk Grove**
224 **Village**, Evanston, Highland Park, Lake Forest, Libertyville, **Northbrook**, Palatine, **Roselle**, Schaumburg, Skokie, Waukegan; (224 overlays 847)

IN 219 Brook, Cedar Lake, Chesterton, Crown Point, Demotte, Dyer, East Chicago, Francesville, **Gary**, Goodland, Hammond, Hanna, Hebron, Highland, Hobart, Kentland, Kouts, La Crosse, La Porte, Lake of the Four Seasons, Lake Station, Lake Village, Lowell,Medaryville, Merrillville, Michigan City, Monon, Morocco, Mount Ayr, Portage, Remington, Rensselaer, Reynolds, Rolling Prairie, Roselawn, St. John, San Pierre, Union Mills, Valparaiso, Wanatah, Westville, Wheatfield, Wheeler, Whiting, Wolcott; *towns listed in red were originally slated to change to 574, but the boundary was moved.*

260 Albion, Andrews, Angola, Arcola, Ashley, Auburn, Avilla, Berne, Bippus, Bluffton, Bryant, Butler, Churubusco, Columbia City, Corunna, Craigville, Cromwell, Decatur, Etna, **Fort Wayne**, Fremont, Garrett, Geneva (Adams Co.), Hamilton, Harlan, Howe, Huntertown, Huntington, Kendallville, Kimmell, Lagrange, Lagro, Larwill, Laud, Leo, Liberty Center, Ligonier, Linn Grove, Markle, Mongo, Monroe, Monroeville, New Haven, North Manchester, Orland, Ossian, Pennville, Petroleum, Pleasant Lake, Pleasant Mills, Poe Hoagland, Pokagon, Portland, Preble, Reservoir, Roanoke, Saint Joe, Salamonia, Shipshewana, Sidney, Silver Lake, South Milford, South Whitley, Spencerville, Tocsin, Topeka, Tri-Lakes area, Uniondale, Urbana, Wabash, Warren, Waterloo, Wawaka, West Wabash, Wolcottville, Woodburn, Zanesville; *towns listed in red were originally slated to change to 574, but the boundary was moved.*

317 Brownsburg, Carmel, Fishers, Franklin, Greenfield, Greenwood, **Indianapolis**, Noblesville, Shelbyville, Sheridan

574 Akron, Argos, Atwood, Bourbon, Bremen, Bristol, Buffalo, Burket, Burnettsville, Burrows, Camden, Claypool, Culver, Deer Creek, Dunlap, Elkhart, Flora, Fulton, Galveston, Goshen, Hamlet, Idaville, Kewanna, Knox, Lapaz, Leesburg, Logansport, Lucerne, Macy, Mentone, Middlebury, Milford, Millersburg, Millwood, Monterey, Monticello, Nappanee, New Carlisle, New Paris, North Judson, North Liberty, North Webster, Osceola, Pierceton, Plymouth, Rochester, Royal Center, **South Bend**, Star City, Syracuse, Tippecanoe, Twelve Mile, Wakarusa, Walkerton, Walton, Warsaw, Winamac, Wyatt, Yeoman; *The boundaries of the 219/574/260 split were adjusted after the original announcement. Towns listed in red under 219 or 260 above were previously slated to move to 574, but were changed to 260 or back to 219.*

765 Alexandria, Anderson, Brookville, Connersville, Crawfordsville, Delphi, Frankfort, Geneva (Shelby County), Greencastle, Hartford City, Kokomo, **Lafayette**, Lebanon, Marion, Martinsville, Mexico, Muncie, New Castle, Peru,

Richmond, Roann, Rushville, Winchester

812    Bedford, Bloomington, Boonville, Brazil, Charlestown, Columbus, Edinburgh,
       **Evansville**, Greensburg, Jasper, Madison, Morgantown, Mt. Vernon, New
       Albany, Scottsburg, Sellersburg, Seymour, Tell City, **Terre Haute**, Vincennes,
       Washington

**- K -**                                                    Back to Top

KS    316    Andale, Andover, Augusta, Bentley, Benton, Cheney, Colwich, Derby, Douglass,
             El Dorado, Garden Plain, Goddard, Halstead, Kechi, Leon, Mount Hope,
             Mulvane, Newton, Rose Hill, Sedgwick, Towanda, Valley Center, Whitewater,
             **Wichita**

      620    Albert, Allen, Americus, Arkansas City, Atlanta, Beaumont, Belle Plaine,
             Bronson, Burdett, Burlington, Burns, Burrton, Bushton, Canton, Cassoday,
             Cimarron, Claflin, Clearwater, Coffeyville, Colony, Conway, Conway Springs,
             Cottonwood Falls, Council Grove, Devon, Dighton, **Dodge City**, Dunlap,
             Durham, **Emporia**, Fort Scott, Fulton, Galatia, Galva, Garden City, Geneseo,
             Great Bend, Hanston, Haven, Healy, Hesston, Hillsboro, Hoisington,
             **Hutchinson**, Independence, Iola, Jetmore, Kincaid, Larned, Latham, Lebo,
             Lehigh, Leoti, Leroy, Liberal, Lincolnville, Little River, Lyons, McPherson,
             Mapleton, Marienthal, Marion, Milberger, Murdock, Neosho Falls, Norwich,
             Olmitz, Parsons, Peabody, Pittsburg, Potwin, Pretty Prairie, Reading, Riverdale,
             Rock, Rosalia, Rozel, Scott City, Tribune, Udall, Ulysses, Walton, Wellington,
             Windom, Winfield

      785    Abilene, Colby, Ellsworth, Garnet, Hays, Junction City, La Crosse, **Lawrence**,
             Lyndon, Manhattan, Ness City, Oakley, Oskaloosa, Ottawa, Purcell, Russell,
             Salina, Sharon Springs, **Topeka**, Troy

      913    Atchison, Bush City, Edgerton, **Kansas City** KS (see also MO-816),
             Leavenworth, Lenexa, Mound City, Olathe, Osawatomie, Overland Park,
             Shawnee, Tonganoxie, Winchester

KY    270    **Bowling Green**, Burkesville, Campbellsville, Elizabethtown, Franklin, Glasgow,
             Hopkinsville, Jamestown, Lebanon, Madisonville, Mayfield, Murray,
             **Owensboro**, Paducah, Princeton, Russellville

      502    Bardstown, Fort Knox, **Frankfort**, Georgetown, Lawrenceburg, **Louisville**,
             Owenton

      606    Albany, **Ashland**, Brooksville, Corbin, Flemingsburg, Hazard, Irvine, Liberty,
             London, McKee, Maysville, Middlesboro, Monticello, Morehead, Mt. Olivet, Mt.
             Vernon, Owingsville, Pikeville, Somerset, South Williamson, Stanford, Stanton,
             Williamsburg

      859    Berea, Carlisle, Cincinnati Airport, Covington, Cynthiana, Danville, Falmouth,
             Harrodsburg, **Lexington**, Mt. Sterling, Paris, Richmond, Springfield, Versailles,
             Warsaw, Williamstown, Willisburg, Winchester

**- L -**                                                    Back to Top

LA    225    Albany, **Baton Rouge**, Donaldsonville, Gonzales, Greensburg, New Roads,
             Plaquemine, Vacherie

      318    Alexandria, Bastrop, Bossier City, Bunkie, Calcasieu, Ferriday, Grambling,

Haughton, Many, Marksville, Monroe, Natchitoches, Oakdale, Ruston, **Shreveport**, Tallulah, Winnfield, Winnsboro

337    Abbeville, Baldwin, Crowley, De Ridder, Eunice, Franklin, Jeanerette, Jennings, Kaplan, **Lafayette**, Lake Charles, Leesville, New Iberia, Opelousas, Sulphur, Ville Platte

504    Bertrandville, Chalmette, Delacroix, Ironton, Jesuit Bend, Kenner, Lafitte, Lake Catherine, Metairie, Myrtle Grove, **New Orleans**, St. Bernard, Yscloskey

985    **north shore:** Amite City, Angie, Bogalusa, Bush, Covington, Folsom, Franklinton, **Hammond**, Independence, Kentwood, Lacombe, Madisonville, Mandeville, Mount Hermon, Pearl River, Pine, Pontchatoula
       **west of New Orleans:** Chackbay, Edgard, Galliano, Garyville, Gibson, Golden Meadow, Grand Isle, **Houma**, Labadieville, Laplace, Larose, Leeville, Lockport, Luling, Montegut, Morgan City, Napoleonville, Norco, Paradis, Patterson, Pierre Part, Raceland, Reserve, Thibodaux
       **Mississippi River Delta:** Buras, Carlisle, Magnolia, **Pointe à la Hache**, Port Sulphur
       *(985 is contiguous, but only barely. The I-55 corridor through Laplace connects the north shore of Lake Pontchartrain and the area west of New Orleans; the Delta area is joined over water on Barataria Bay.)*

## - M -                                                                    Back to Top

MA    413    Adams, Amherst, Greenfield, Holyoke, Northampton, Pittsfield, **Springfield**, Ware, Westfield

      508    Attleboro, Brockton, **Cape Cod**, Fall River, Falmouth, Framingham, Hyannis,
      774    Marlborough, Martha's Vineyard, Nantucket, Natick, New Bedford, North Easton, Plymouth, Southbridge, Taunton, Walpole, Wayland, **Worcester** (774 overlays 508)

      617    Belmont, **Boston** (including Brighton, Dorchester, Hyde Park, Jamaica Plain, and
      857    Roxbury), Brookline, Cambridge, Chelsea, Everett, Milton, Newton, Quincy, Somerville, Watertown, Winthrop; (857 overlays 617)

      781    Arlington, Braintree, Burlington, Canton, Chelsea, Cohasset, Dedham, Duxbury,
      339    Kingston, Lexington, **Lynn**, Malden, Medford, Needham, Randolph, Reading, Revere, Rockland, Saugus, Stoughton, Wakefield, Waltham, Wellesley, Weymouth, suburbs on all sides of **Boston**. (339 overlays 781)

      978    Andover, Athol, Barre, Beverly, Billerica, Chelmsford, Concord, Danvers,
      351    Fitchburg, Gloucester, Haverhill, Lawrence, Leominster, **Lowell**, Maynard, Methuen, New Salem, Peabody, Salem, Sudbury, Wilmington (351 overlays 978)

MD    301    Aspen Hill, Bethesda, Bowie, Brunswick, College Park, Cumberland, Frederick,
      240    Gaithersburg, Golden Beach, Greenbelt, Hagerstown, Hyattsville, Laurel,
      (227?) Lexington Park, Montgomery Village, New Carrollton, Potomac, Rockville, St. Charles, St. Marys City, **Silver Spring**, Wheaton, suburbs of D.C.; (301/240 overlay, 227 overlay postponed indefinitely)

      410    Aberdeen, Annapolis, **Baltimore**, Berlin, Cambridge, Catonsville, Chestertown,
      443    Columbia, Crisfield, Dundalk, Easton, Edgewood, Essex, Glen Burnie, Havre de
      (667?) Grace, Joppatowne, Laurel, Perry Hall, Pocomoke City, Prince Frederick, Reisterstown, Salisbury, Solomons, Taneytown, Towson, Westminster; (410/443

overlay, 667 overlay postponed indefinitely)

| | | |
|---|---|---|
| ME | 207 | (entire state) |
| MI | 231 | Acme, Amble, Big Rapids, Cadillac, Casnovia, Cheboygan, Coral, Fruitport, Grant, Howard City, Ludington, Mackinaw City, Manistee, **Muskegon**, Newaygo, Petoskey, Ravenna, Traverse City |

248
(947?)  Birmingham, Farmington Hills, Ferndale, Holly, Leonard, (part of) Livonia, Novi, **Pontiac**, Rochester, **Southfield**, **Troy**, Waterford, West Bloomfield, Whitmore Lake; Oakland County; (947 may overlay 248; overlay plan reinstated by MPSC, but now indefinitely postponed again)

269  Allegan, Athens, Augusta, Banfield, Bangor, Baroda, Battle Creek, Bellevue, Benton Harbor, Berrien Springs, Bloomingdale, Bridgman, Buchanan, Burr Oak, Cassopolis, Centreville, Climax, Coloma, Colon, Constantine, Covert, Decatur, Delton, Dowagiac, Eau Claire, Edwardsburg, Fennville, Fulton, Galesburg, Galien, Ganges, Glenn, Gobles, Grand Junction, Hamilton, Hartford, Hastings, Hickory Corners, Hopkins, **Kalamazoo**, Lacey, Lacota, Lawrence, Lawton, Marcellus, Marshall, Martin, Mattawan, Mendon, Middleville, New Buffalo, Niles, Olivet, Otsego, Paw Paw, Pine Lake, Plainwell, Pullman, Richland, St Joseph, Saugatuck, Sawyer, Schoolcraft, Scotts, Sister Lakes, South Haven, Sturgis, Three Oaks, Three Rivers, Union, Vandalia, Vicksburg, Watervliet, Wayland, White Pigeon, Woodland

313
(679?)  Dearborn, **Detroit**, Grosse Pointe, Wayne; special note: Livonia numbers moved to 248, with new 7-digit numbers; (679 may overlay 313; postponed indefinitely)

517  Adrian, Albion, Burlington, Charlotte, Coldwater, Corunna, Hillsdale, Howell, Jackson, **Lansing**, Owosso, St. Johns, Tecumseh

586  Armada, Center Line, Eastpointe, Mt. Clemens, New Baltimore, New Haven, Richmond, Romeo, Roseville, Utica, **Warren**, Washington; Macomb County

616  Ada, Allendale, Alto, Belding, Borculo, Byron Center, Caledonia, Casnovia, Cedar Springs, Clarksville, Conklin, Coopersville, Dorr, Drenthe, Dutton, Freeport, Grand Haven, **Grand Rapids**, Grattan, Greenville, Holland, Hudsonville, Ionia, Jamestown, Kent City, Lake Odessa, Lowell, Marne, Moline, Orleans, Rockford, Sand Lake (Kent Co.), Saranac, Sparta, Trufant, Wyoming, Zeeland

734  **Ann Arbor**, (part of) Livonia, Monroe, Ypsilanti, Detroit Metro Airport (DTW); (278 may overlay 734; postponed indefinitely)

810  Algonac, Almont, Avoca, Brighton, Brown City, Byron, Capac, Clio, Columbiaville, Croswell, Davison, Deckerville, Dryden, Emmett, Fenton, **Flint**, Flushing, Goodells, Goodrich, Grand Blanc, Hadley, Hartland, Imlay City, Jeddo, Lapeer, Lennon, Lexington, Linden, Marine City, Memphis, Metamora, Montrose, Mt. Clemens, Mt. Morris, New Lothrop, North Branch, Otisville, **Port Huron**, Port Sanilac, Rankin, Roseville, St. Clair, Sandusky, Smiths Creek, Snover, Swartz Creek, Yale

906  Iron Mtn., Isle Royale, Marquette, Menominee, **Sault Ste. Marie; upper peninsula**

989  Alma, Alpena, Atlanta, Bad Axe, Bay City, Caro, Gaylord, Ithaca, Midland, Mt.

|  |  | Pleasant, Rogers City, Roscommon, **Saginaw**, Stanton |
|---|---|---|
| MN | 218 | Bemidji, Brainerd, **Duluth**, East Grand Forks, Elbow Lake, Moorhead |
|  | 320 | Alexandria, Little Falls, **St. Cloud**, Wheaton |
|  | 507 | Canby, Fairmont, Faribault, Gaylord, Kellogg, Luverne, Mankato, New Ulm, Northfield, Redwood Falls, **Rochester**, Winona |
|  | 612 | Ft. Snelling, Lauderdale, **Minneapolis**, Richfield, St. Anthony, M/SP Airport, **no other towns** |
|  | 651 | Arden Hills, Castle Rock, Columbus, Eagan, Falcon Heights, Farmington, Harris, Lake City, Lino Lakes, Mendota, New Brighton, Red Wing, Rosemount, Roseville, **St. Paul**, Shoreview, Stark, Vermillion, Wabasha |
|  | 763 | Anoka, Blaine, Brooklyn Center, **Brookylyn Park**, Buffalo, Cambridge, Champlin, Circle Pines, Columbia Heights, Coon Rapids, Elk River, Fridley, Golden Valley, Ham Lake, Lexington, Maple Grove, Medina, Mounds View, New Hope, Plymouth, Princeton, Robbinsdale; northwestern suburbs of **Minneapolis** |
|  | 952 | Apple Valley, Belle Plaine, **Bloomington**, Burnsville, Chaska, Eden Prairie, Edina, Hopkins, Lakeville, Minnetonka, New Germany, New Prague, Norwood, St. Louis Park, Savage, Shakopee, Young America; southwestern suburbs of **Minneapolis** |
| MO | 314 | Bridgeton, Creve Coeur, Ferguson, Florissant, Hazelwood, Kirkwood, Ladue, Mehlville, Oakville, Overland, Riverview, **St. Louis**, Sappington, Spanish Lake, Webster Green (557 overlay on 314 cancelled) |
|  | 417 | Alton, Branson, Hermitage, Houston, Joplin, Lebanon, Neosho, Nevada, **Springfield**, West Plains |
|  | 573 | Cape Girardeau, **Columbia**, Fredericktown, **Jefferson City**, New Madrid, Poplar Bluff, Rolla, Sikeston |
|  | 636 | Ballwin, Chesterfield, Crystal City, De Soto, Fenton, Festus, Foley, Herculaneum, High Hill, Hillsboro, Holstein, Imperial, Jonesburg, Manchester, Maxville, O'Fallon, Portage des Sioux, **St. Charles**, Troy, Truxton, Union, Valley Park, Warrenton, Washington, West Alton, Winfield |
|  | 660 | Alexandria, Booneville, Butler, Clinton, Kahoka, Kirksville, Marshall, Maryville, Moberly, Oregon, Paris, **Sedalia**, Warsaw |
|  | 816 | Blue Springs, Harrisonville, Independence, **Kansas City** MO (see also KS-913), Richmond, **St. Joseph**, Warrensburg; (975 overlay on 816 cancelled) |
| MP | 670 | Commonwealth of the Northern Mariana Islands (entire territory) |
| MS | 228 | Bay St. Louis, **Biloxi**, **Gulfport**, Hurley, Moss Point, Ocean Springs, Pascagoula, Pass Christian, Pearlington, extreme southern tip of MS |
|  | 601 | Brookhaven, Carthage, Hattiesburg, **Jackson**, Laurel, Lucedale, McComb, McNeill, Meridian, Natchez, Picayune, Vicksburg, Wiggins |
|  | 662 | Columbus, Corinth, **Greenville**, Greenwood, Grenada, Oxford, **Tupelo**, Yazoo City |

Case 1:05-cv-00853-SLR     Document 15-3     Filed 02/01/2006     Page 15 of 22

| | | |
|---|---|---|
| MT | 406 | (entire state) |

**- N -**                                                                                    Back to Top

| | | |
|---|---|---|
| NC | 252 | **Cape Hatteras**, Elizabeth City, **Greenville**, Henderson, Kill Devil Hills, Kinston, Morehead City, New Bern, **Rocky Mount**, Washington, Wilson |
| | 336 | Asheboro, Burlington, **Greensboro**, **High Point**, Jefferson, Lexington, Mt. Airy, Roxboro, Wilkesboro, **Winston-Salem**, Yanceyville |
| | 704 980 | Albemarle, **Charlotte**, Concord, Gastonia, Kannapolis, Lincolnton, Monroe, Shelby, Statesville, Wadesboro; (980 overlays 704) |
| | 828 | **Asheville**, Boone, Brevard, Forest City, Granite Falls, Hendersonville, Hickory, Lenoir, Morganton, Newton |
| | 910 | Dunn, **Fayetteville**, Jacksonville, Laurinburg, Lumberton, Rockingham, **Wilmington** |
| | 919 | Chapel Hill, **Durham**, Goldsboro, **Raleigh**, Sanford, Smithfield; (984 overlay on 919 cancelled) |
| ND | 701 | (entire state) |
| NE | 308 | Central City, **Grand Island**, Kearney, Merriman, **North Platte**, Scottsbluff |
| | 402 | Columbus, Hastings, **Lincoln**, **Omaha**, South Sioux City, Valentine |
| NH | 603 | (entire state) |
| NJ | 201 551 | Bayonne, Cliffside Park, Englewood, Fair Lawn, **Hackensack**, Hoboken, **Jersey City**, Leonia, Little Ferry, Lyndhurst, Paramus, Park Ridge, Ramsey, Rutherford, Union City; (551 overlays 201) |
| | 609 | **Atlantic City**, Barnegat, Browns Mills, (part of) Buena Vista, Burlington, Cape May, Cranbury, Hightstown, Lambertville, Lawrenceville, (most of) Medford, Pennington, Princeton, **Trenton**, Willingboro, (part of) Winslow |
| | 732 848 | Asbury Park, Bound Brook, Crestwood Village, Freehold, Holmdel, Keyport, Lakewood, Long Branch, Metuchen, Monmouth Jct., **New Brunswick**, Perth Amboy, Point Pleasant, Rahway, Red Bank, South River, Toms River, Woodbridge; (848 overlays 732) |
| | 856 | Bridgeton, (part of) Buena Vista, **Camden**, Cherry Hill, Dennis, Glassboro, Haddonfield, (most of) Maurice River, (part of) Medford, Monroe, Vineland, (most of) Waterford, (part of) Winslow |
| | 908 | Bedminster, Bernardsville, Clinton, Cranford, **Elizabeth**, Hackettstown, Linden, Plainfield, Somerville, Summit, Union, Washington, Westfield |
| | 973 862 | Belleville, Bloomfield, Boonton, Butler, Caldwell, Dover, Hawthorne, Livingston, Madison, Millburn, **Morristown**, **Newark**, Newton, Nutley, Orange, Passaic, Paterson, Succasunna, Verona, Wayne, Whippany; (862 overlays 973; *originally announced as 356 to overlay 973, but changed by request of the NJ-BPU*) |
| NM | 505 | (entire state) (505/575 split cancelled) |
| NV | 702 | Boulder City, Cal-Nev-Ari, Henderson, Indian Springs AFB, **Las Vegas**, Laughlin, Mesquite, Moapa, North Las Vegas; almost all of Clark County |

|     | 775 | Alamo, Battle Mountain, **Carson City**, Devil's Hole, Elko, Ely, Hawthorne, Mercury, **Pahrump**, **Reno**, Sparks, Spring Creek, Tonopah, Winnemucca; everything outside of Clark County |
| --- | --- | --- |
| NY  | 212 646 | **New York City (Manhattan** only) (212/646 overlay) |
|     | 315 | Auburn, Geneva, Little Falls, Ontario, Oswego, Penn Yan, Potsdam, Rome, Romulus, **Syracuse**, Utica, Watertown |
|     | 516 | **Long Island** (Nassau County): Albertson, Baldwin, Bayville, Bethpage, Elmont, Farmingdale, Floral Park, Franklin Square, Garden City, Great Neck, Hempstead, Hicksville, Jericho, Levittown, Locust Grove, Long Beach, Lynbrook, Manhasset, Massapequa, Mineola, Oceanside, Oyster Bay, Plainview, Port Washington, Roslyn, Sea Cliff, Syosset, Uniondale, Valley Stream, Westbury, Williston Park, Woodbury; exactly covers Nassau County |
|     | 518 | **Albany**, Colonie, Glens Falls, Gloversville, Schenectady, Troy |
|     | 585 | Albion, Batavia, Belmont, Brighton, Canandaigua, Dansville, Gates, Geneseo, Greece, Hall, Irondequoit, Medina, **Rochester**, Warsaw, Webster, Wellsville, Wyoming; all or most of Allegany, Genesee, Livingston, Monroe, Ontario, Orleans, and Wyoming Counties, plus parts of Steuben and Yates Counties |
|     | 607 | **Binghamton**, Corning, Cortland, Elmira, Hornell, Ithaca, Oneonta, Roscoe |
|     | 631 | **Long Island** (Suffolk County): Amityville, Bay Shore, Brentwood, Brookhaven, Centereach, Cold Spring Harbor, Commack, Deer Park, Fishers Island, The Hamptons, Hauppauge, Holbrook, Huntington Station, Islip, Lindenhurst, Montauk, Oakdale, Patchogue, Port Jefferson, Riverhead, Rocky Point, Sayville, Smithtown, Stony Brook, West Babylon; exactly covers Suffolk County |
|     | 716 | **Buffalo**, Dunkirk, Fredonia, Jamestown, Lancaster, Lockport, Niagara Falls, Olean, Salamanca, Tonawanda; exactly coterminous with Cattaraugus, Chautauqua, Erie, and Niagara Counties, plus the Tonawanda and Oil Springs Indian Reservations. |
|     | 718 347 | **New York City (Bronx, Brooklyn, Queens, Staten Island).** incl. Far Rockaway, Flushing, Jamaica, Long Island City. (718/347 overlay) |
|     | 845 | Brewster, Callicoon, Carmel, Dunraven, Kingston, Middletown, Monticello, Nanuet, New City, Newburgh, Nyack, Pearl River, **Poughkeepsie**, Saugerties, Tappan, West Point |
|     | 914 | Bedford, Chappaqua, Croton Falls, Dobbs Ferry, Harrison, Larchmont, Mamaroneck, Mt. Vernon, New Rochelle, Peekskill, Purchase, Rye, Scarsdale, Tarrytown, Tuckahoe, **White Plains, Yonkers**; exactly covers Westchester County |
|     | 917 | **New York City** (all 5 boroughs, overlay originally for cellular, pagers, voice mail; now has some regular numbers; overlays both 212/646 and 718/347 areas) |

**- O -**                                                                                       <u>Back to Top</u>

| OH  | 216 | Beachwood, **Cleveland**, Euclid, Independence, Lakewood, Shaker Heights |
| --- | --- | --- |
|     | 330 234 | **Akron**, Aurora, Brunswick, **Canton**, East Liverpool, Kent, Medina, Millersburg, New Philadelphia, Northfield, Warren, Wooster, **Youngstown**; (234 overlays |

Case 1:05-cv-00853-SLR    Document 15-3    Filed 02/01/2006    Page 17 of 22

330)

| | | |
|---|---|---|
| **419**<br>**567** | Bowling Green, Defiance, Findlay, Holland, Lima, Mansfield, Maumee, Sandusky, Sylvania, **Toledo**; (567 overlays 419) |
| **440** | **Ashtabula**, Bedford, Berea, Chagrin Falls, Elyria, **Lorain**, Mayfield Hts., Mentor, North Olmsted, (most of) Parma, Strongsville, Vermilion |
| **513** | Cherry Grove, **Cincinnati**, Fairhaven, Fayetteville, Glendale, Groesbeck, Hamilton, Loveland, Madison Place, Mason, Middletown, Montgomery, Northside, Norwood, Oxford, Price Hill, Rossmoyne, Utopia; (283 overlay on 513 cancelled) (NOTE: Franklin moved from 513 to 937, including the cities of Franklin and Springboro, the Village of Carlisle, and the townships of Clearcreek and Franklin on 2001-05-01) |
| **614** | Canal Winchester, **Columbus**, Gahanna, Grove City, Harrisburg, Hilliard, Jersey, Lockbourne, New Albany, Plain City, Reynoldsburg, West Jefferson, Westerville, Worthington; (380 overlay on 614 cancelled) |
| **740** | Ashville, Athens, Bainbridge, Baltimore, Carroll, Chillicothe, Condit, Delaware, Jelloway, Johnstown, Knockemstiff, Lancaster, London, Marietta, **Marion**, Mt. Sterling, Mt. Vernon, Nevada, Newark, Pleasant View, Portsmouth, Rathbone, St. Clairsville, Steubenville, Sunbury, Uhrichsville, Washington Court House, **Zanesville** |
| **937** | Bardwell, Beavercreek, Bellefontaine, Blanchester, Camden, Centerville, **Dayton**, Fairborn, Greenfield, Higginsport, Hillsboro, Miamisburg, Springfield, Wilmington, Xenia; (Franklin will move from 513 to 937 on 2001-05-01; see note under 513 above) |

| | | |
|---|---|---|
| **OK** | **405** | Anadarko, Bethany, Bridgeport, Chickasha, Colony, Edmond, Guthrie, Hennessey, Holdenville, Midwest City, Moore, Norman, **Oklahoma City**, Pauls Valley, Shawnee, Stillwater, Weleetka, Yale |
| | **580** | Ada, Altus, Apache, Ardmore, Clinton, Duncan, Durant, Enid, Guymon, Hugo, Idabel, Konawa, **Lawton**, Ponca City, Rush Springs, Weatherford |
| | **918** | Bartlesville, Broken Arrow, McAlester, Muskogee, Tahlequah, **Tulsa** |
| **OR** | **503**<br>**971** | **503/971 overlay:** Beaverton, Dallas, Gresham, Hillsboro, Lake Oswego, Milwaukie, Neskowin, Oregon City, **Portland**, **Salem**, Tigard, Tualatin **503 only:** Astoria, Bay City, Beaver, Cannon Beach, Cloverdale, Garibaldi, Jewell, Knappa, Nehalem, Pacific City, Rockaway, Seaside, Tillamook, Warrenton |
| | **541** | Albany, Ashland, Bend, Coos Bay, Corvallis, Crater Lake, **Eugene**, Florence, Grants Pass, Hermiston, Klamath Falls, La Grande, Lebanon, Lincoln City, Medford, Newport, Ontario, Pendleton, Roseburg, Springfield, The Dalles, Wolf Creek |

**- P -**                                                                                    Back to Top

| | | |
|---|---|---|
| **PA** | **215**<br>**267** | Ambler, Bristol, Churchville, Doylestown, Hatboro, Kulpsville, Langhorne, New Hope, **Philadelphia**, Quakertown, Warrington, Willow Grove; (215/267 overlay, 445 additional overlay code suspended) |
| | **412** | Bethel Park, Carnegie, Coraopolis, Monroeville, **Pittsburgh**, Wilkinsburg; (878 |

878    overlays 412 and 724)

570    Bloomsburg, Hazleton, Lewisburg, Lock Haven, Milton, Muncy, Pittston, Pottsville, **Scranton**, Selinsburg, Stroudburg, Sunbury, **Wilkes-Barre**, Williamsport

610    **Allentown**, Ardmore, Bala Cynwyd, Bethlehem, Bryn Mawr, Chester,
484    Collegeville, Conshohocken, Easton, **King of Prussia**, Norristown, Paoli, Reading, Wayne, West Chester; (610/484 overlay, 835 additional overlay code suspended)

717    Camp Hill, Carlisle, Chambersburg, Gettysburg, **Harrisburg**, **Lancaster**, Lebanon, Lewistown, Mechanicsburg, Shippensburg, **York**

724    Aliquippa, Butler, Connellsville, Greenville, Indiana, Kittanning, Latrobe, **New**
878    **Castle**, Rochester, Sharon, Uniontown, Washington; *surrounds but does not include Pittsburgh*; (878 overlays 412 and 724)

814    **Altoona**, Bedford, Bellefonte, Clarion, Clearfield, **Erie**, Huntingdon, Johnstown, Meadville, Oil City, Punxsutawney, **State College**, Warren

878    (878 overlays 412 and 724)

PR   787    Puerto Rico (entire territory); (939 overlays 787)
     939

**- R -**                                                              Back to Top

RI   401    (entire state)

**- S -**                                                              Back to Top

AS   (684)  American Samoa (entire territory), effective 2004-10-02

SC   803    Aiken, Atkins, Batesburg, Branchville, Camden, Chester, **Columbia**, Edgefield, Estill, Hampton, Holly Hill, Kershaw, Lancaster, Lexington, Lynchburg, Manning, Newberry, North Augusta, Orangeburg, Rock Hill, Sumter, Whitmire, York, central area

     843    Beaufort, Bethune, **Charleston**, Chesterfield, Conway, Darlington, Florence, Georgetown, Harleysville, Hartsville, Hilton Head Island, Lodge, Mt. Pleasant, Myrtle Beach, Olanta, Ridgeland, St. George, Summerville, Turbeville, Walterboro, coastal areas

     864    Anderson, Clemson, Gaffney, **Greenville**, Greenwood, Greer, Laurens, Saluda, Seneca, **Spartanburg**, Union, northwestern area

SD   605    (entire state)

**- T -**                                                              Back to Top

TN   423    Athens, Blountville, Bluff City, Bristol, Bulls Gap, Charleston, **Chattanooga**, Cleveland, Clinchport, Coker Creek, Cumberland Gap, Dayton, Deer Lodge, Englewood, Etowah, Fork Ridge, Greeneville, Huntsville, Jellico, **Johnson City**, Kingsport, La Follette, Madisonville, Midway, Morristown, New Tazewell, Newport, Niota, Oakdale, Oneida, Petros, Pikeville, Riceville, Robbins, Rogersville, Sneedville, Soddy Daisy, Sunbright, Surgoinsville, Sweetwater, Tellico Plains, Vonore, Wartburg, West Sweetwater

| | | |
|---|---|---|
| | 615 | Carthage, Dickson, Gallatin, Franklin, Lafayette, Lebanon, Murfreesboro, **Nashville**, Portland, Red Boiling Springs, Smithville, Springfield |
| | 731 | Bolivar, Brownsville, Dyersburg, Henning, Humboldt, **Jackson**, Lexington, McKenzie, Martin, Milan, Paris, Ripley, Savannah, Stanton, Union City, Whiteville; *Counties:* Benton, Carroll, Chester, Crockett, Decatur, Dyer, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Lake, Lauderdale, McNairy, Madison, Obion, Weakley |
| | 865 | Ball Play, Bean Station, Bent Creek, Chestnut Hill, Claxton, Clinton, Concord, Dandridge, Gatlinburg, Greenback, Halls Cross Roads, Harriman, Jefferson City, Kingston, **Knoxville**, Lake City, Lenoir City, Loudon, Maryville, Mascot, Maynardville, Norris, Oak Ridge, Oliver Springs, Powell, Rockwood, Rutledge, Sevierville, Sharps Chapel, Solway, Tate Springs, Washburn, White Pine, Great Smoky Mountains N.P. |
| | 901 | Covington, **Memphis**, Somerville, West Whiteville; *Counties:* Shelby, Tipton, and Fayette |
| | 931 | Celina, **Clarksville**, Columbia, Cookeville, Crossville, Land Between the Lakes, McEwen, McMinnville, Manchester, Shelbyville, Sparta |
| TX | 210 | Alamo Heights, Elmendorf, Lackland AFB, Leon Springs, **San Antonio**, Shavano Park, Universal City, Wetmore |
| | 214 972 469 | Addison, Allen, Carrollton, Celina, **Dallas**, Duncanville, Ennis, Farmers Branch, Frisco, Garland, Grand Prairie, Irving, Italy, Kaufman, Lavon, Lewisville, McKinney, Mesquite, Midlothian, Plano, Renner, Richardson, Seagoville, Terrell, Waxahatchie. *(The 214/972 boundary has been officially erased. Central Dallas and part of Grand Prairie are mostly 214; all other areas are mostly 972. However, some new 214 prefixes have been assigned back in the suburbs. 469 overlays 214 and 972.)* |
| | 254 | Breckenridge, Cameron, Cross Plains, Florence, Glen Rose, Hamilton, Hillsboro, Killeen, Marlin, Mexia, Sidney, Stephenville, Temple, **Waco** |
| | 281 | *(see 713/281/832)* |
| | 325 | **Abilene**, Albany, Baird, Bend, Big Lake, Big Valley, Brady, Brownwood, Coleman, Colorado City, Comanche, Goldthwaite, Junction, Llano, Mason, Ozona, Putnam, **San Angelo**, San Saba, Snyder, Stamford, Sterling City, Sweetwater |
| | 361 | Alice, Beeville, Charco, **Corpus Christi**, Cuero, Edna, Flatonia, Goliad, Hebbronville, Kingsville, Palacios, Port Aransas, Victoria, Waelder, Yoakum, Yorktown |
| | 409 | Anahuac, **Beaumont**, Bronson, China, Colmesneil, Double Bayou, **Galveston**, Hankamer, Hemphill, Hitchcock, Jasper, Kountze, La Marque, Lumberton, Milam, Nederland, Nome, Pineland, Port Arthur, Port Neches, Santa Fe, Sour Lake, Texas City, Wallisville, Warren, Westbury, Wildwood, Woodville |
| | 430 | *(see 903/430)* |
| | 432 | Ackerly, Alpine, Andrews, Big Bend N.P., Big Spring, Comstock, East Hobbs, Ft. Davis, Ft. Stockton, Garden City, Iraan, Kermit, Langtry, Marfa, **Midland**, |

Case 1:03-cv-00853-SLR     Document 15-3     Filed 02/01/2006     Page 20 of 22

Monahans, **Odessa**, Orla, Pecos, Presidio, Rankin, Sanderson, Seminole, Sheffield, Terlingua, Toyah, Valentine, Van Horn

469   *(see 214/972/469 above)*

512   **Austin**, Bastrop, Georgetown, Jollyville, Lampasas, Lockhart, Manchaca, Pflugerville, Rockdale, Round Rock, San Marcos, Smithville, Webberville; (The 737 concentrated overlay plan has been indefinitely postponed by the PUCT.)

682   *(see 817/682)*

713   *Officially, all the cities shown here are in the combined 281/713/832 overlay.*
281   *However, in practice, the central area is mostly 713, with new numbers in 832,*
832   *and the outer area is mostly 281, with new numbers in 832.*
      **mostly 281:** Aldine, Alief, Alvin, Bammel, Barker, Baytown, Channelview, Cleveland, (part of) Houston, Humble, Katy, Kemah, League City, Richmond, Rosenberg, Spring, **Sugar Land**, Tomball
      **mostly 713:** Bellaire, (most of) **Houston**, Pasadena, Southside Place, West University Place

806   **Amarillo**, Borger, Bovina, Dalhart, Denver City, Guthrie, Hereford, Jayton, Lamesa, **Lubbock**, Memphis, Paducah, Pampa, Plainview, Post

817   Arlington, Cleburne, Euless, **Fort Worth**, Granbury, Grapevine, North Richland
682   Hills, Rhome, Roanoke, Saginaw, Weatherford; (682 overlays 817)

830   Boerne, Carrizo Springs, **Del Rio**, Eagle Pass, Floresville, Fredericksburg, Gonzales, Kenedy, Kerrville, Luling, Marble Falls, **New Braunfels**, Seguin, Somerset; *surrounds, but does not include,* **San Antonio**

832   *(see 713/281/832)*

903   Athens, Carthage, Centerville, Corsicana, Denison, Greenville, Henderson,
(430)  Jacksonville, Kilgore, **Longview**, Marshall, Mt. Pleasant, Palestine, Paris, Rusk, Sherman, **Texarkana**, **Tyler**; (430 will overlay 903)

915   **El Paso**, Fabens, Guadalupe Mountains N.P., Milehigh, Sierra Blanca

936   Alto, Anderson, Austonio, Batson, Broaddus, Center, Chester, Coldspring, Conroe, Corrigan, Crockett, Cushing, Cut and Shoot, Dayton, Devers, Etoile, Evergreen, Garrison, Goodrich, Grapeland, Hardin, Hilltop Lakes, Hull, **Huntsville**, Iola, Joaquin, Liberty, Livingston, Lufkin, Madisonville, Montgomery, Nacogdoches, Navasota, Normangee, North Zulch, Onalaska, Plantersville, Prairie View, Raywood, Reklaw, Ruby, San Augustine, Saratoga, Segno, Shepherd, Shiro, Tenaha, Timpson, Waller, Washington, Willis, Zavalla

940   Aspermont, Benjamin, Childress, Crowell, Decatur, **Denton**, Gainesville, Graham, Haskell, Mineral Wells, **Wichita Falls**

956   Alamo, **Brownsville**, Donna, Edcouch, Edinburg, El Sauz, Elsa, Encinal, Falcon, Falcon Heights, Harlingen, La Feria, La Grulla, La Joya, **Laredo**, Lopeno, Los Fresnos, McAllen, Mercedes, Mission, Pharr, Port Isael, Raymondville, Rio Grande City, Rio Hondo, Roma, San Benito, San Isidro, San Juan, San Ygnacio, South Padre Island, Sullivan City, Weslaco, Zapata

972   *(see 214/972/469 above)*

979   Angleton, Bay City, Beasley, Bellville, Borden, Brazoria, Brenham,

**Bryan/College Station**, Caldwell, Calvert, Clute, Damon, Deanville, Dime Box, Eagle Lake, East Bernard, El Campo, Franklin, Freeport, Garwood, Giddings, Hearne, Hempstead, High Hill, Kurten, La Grange, Lake Jackson, Lexington, Louise, Markham, Matagorda, Moravia, Needville, New Ulm, Northrup, Plum, Schulenburg, Sealy, Snook, Tunis, Wallis, Weimar, West Columbia, Wharton

**- U -**                                                            Back to Top

UT   435   Brigham City, Cedar City, Heber City, Helper, **Logan**, Moab, Nephi, Park City, Price, St. George, Tooele, Vernal.
*435 surrounds the urban areas of 801/385 (Salt Lake City, Ogden, Provo) on all sides, and covers about 90% of the land area of Utah.*

     801   Alta, Holladay, Kearns, Magna, Midvale, Murray, **Salt Lake City**

     (385)   **northern section:** Bountiful, Clearfield, Farmington, Kaysville, Morgan, **Ogden**; **southern section:** American Fork, Goshen, Lehi, Orem, Payson, Pleasant Grove, **Provo**, Spanish Fork, Spanish Fork Canyon, Springville;
*385 brackets, but does not include, **Salt Lake City**; (801/385 split postponed to 2005, and may be postponed farther.)*

**- V -**                                                            Back to Top

VI   340   U.S. Virgin Islands (entire territory)

VA   276   Abingdon, Austinville, Axton, Bassett, Bland, Bluefield, Boissevain, **Bristol**, Collinsville, Galax, Hillsville, Laurel Fork, Marion, Martinsville, Max Meadows, Meadows of Dan, Ridgeway, Rocky Gap, Stuart, Sylvatus, Woolwine, Wytheville

     434   Alberta, Allwood, Alta Vista, Amherst, Appomattox, Arvonia, Bachelors Hall, Barnesville, Beechwood, Big Island, Blackridge, Blackstone, Boydton, Brodnax, Brookneal, Buckingham, Burkeville, Capron, Charlotte Court House, **Charlottesville**, Chase City, Chatham, Clarksville, Clover, Concord, Crewe, Crozet, Danville, Dillwyn, Drakes Branch, Emporia, Eppes Fork, Farmville, Fork Union, Gladstone, Gladys, Gretna, Halifax, Hampden-Sydney, Hurt, Jarratt, Kenbridge, Keysville, La Crosse, Lawrenceville, Lovingston, **Lynchburg**, Oronoco, Palmyra, Pamplin, Piney River, Prospect, Renan, Rustburg, Sandy Level, Schuyler, Scottsville, South Boston, South Brunswick, Stanardsville, Stony Creek, Sweet Briar, Turbeville, Victoria, Virgilina, Volens, Whitmell

     540   Brokenburg, Calverton, Catoctin, Craigsville, Criglersville, Culpeper, Dahlgren, Elkton, Fredericksburg, Front Royal, Gordonsville, Greenwood, Grottoes, **Harrisonburg**, Hot Springs, King George, Louisa, McClung, Madison, Middleburg, Mineral, Mount Gilead, Mountain Grove, New Hope, Raphine, Shenandoah, Spotsylvania, Stafford, Stanley, Staunton, The Plains, Warrenton, Waynesboro, Weyers Cave, Williamsville, Winchester

     (tba)   Bedford, Blacksburg, Brownsburg, Buchanan, Buena Vista, Burnt Chimney, Christiansburg, Clifton Forge, Covington, Dublin, Ferrum, Floyd, Glasgow, Lexington, Locust Grove, Narrows, Pulaski, Radford, **Roanoke**, Rocky Mount, Salem, Stone Mountain, Union Hall, Willis; (future split, dates t.b.d.; these cities remained in 540 in the 540/276 split)

     703   Alexandria, **Arlington**, Centreville, Engleside, Fairfax, Falls Church, Herndon,
     571   Leesburg, Lorton, McLean, Manassas, Occoquan, Vienna; (571 overlays 703)

| | 757 | Chesapeake, Chincoteague, Courtland, Great Bridge, Hampton, Newport News, **Norfolk**, **Portsmouth**, Suffolk, **Virginia Beach**, Williamsburg/Jamestown |
|---|---|---|
| | 804 | Amelia Court House, Ashland, Beaverdam, Bethia, Bowling Green, Callao, Cartersville, Charles City, Chester, Colonial Beach, Cumberland, Dawn, Deltaville, Dinwiddie, Disputanta, Doswell, Enon, Farnham, Fife, Gloucester, Goochland, Gum Tree, Hague, Hanover, Hayes, Heathsville, Hopewell, Irvington, Kilmarnock, King and Queen, King William, Lively, McKenney, Manakin, Mathews, Mechanicsville, Midlothian, Montpelier, Montross, Old Church, **Petersburg**, Port Royal, Powhatan, Providence Forge, Reedville, **Richmond**, Rockville, Sandston, Tappahannock, Varina, Warsaw, Waverly, West Point |
| VT | 802 | (entire state) |

**- W -**

Back to Top

| WA | 206 | Bainbridge Isl., Mercer Isl., Newhalem, Sea-Tac Airport, **Seattle**, Vashon Isl.; (564 overlay of 206, 253, 360, and 425 suspended) |
|---|---|---|
| | 253 | Auburn, Federal Way, Gig Harbor, Kent, Puyallup, **Tacoma**; (564 overlay of 206, 253, 360, and 425 suspended) |
| | 360 | Aberdeen, **Bellingham**, Bremerton, Camas, Friday Harbor, Lacey, Langley, Longview, Marysville, Mount Vernon, **Olympia**, Orchards, Port Angeles, Port Townsend, Poulsbo, Shelton, Silverdale, **Vancouver**, Olympic NP, Mt. Rainier; (564 overlay of 206, 253, 360, and 425 suspended) |
| | 425 | **Bellevue**, Bothell, **Everett**, Issaquah, Kirkland, Lynnwood, Redmond, Renton, Silver Lake, Snoqualmie Pass; (564 overlay of 206, 253, 360, and 425 suspended) |
| | 509 | Easton, Ellensburg, Kennewick, Pasco, Pullman, Richland, **Spokane**, Stevenson, Walla Walla, Wenatchee, Winthrop, Yakima |
| | (564) | (564 overlay of 206, 253, 360, and 425 suspended) (564 was originally announced as an overlay only on 360.) |
| WI | 262 | Brookfield, Burlington, Delavan, Elm Grove, Hartland, **Kenosha**, Lake Geneva, Menomonee Falls, New Berlin, **Racine**, Thiensville, **Waukesha**, West Bend, Whitewater |
| | 414 | Brown Deer, Fox Point, Franklin, Glendale, Greenfield, **Milwaukee**, Muskego, Oak Creek, Shorewood, Wauwatosa, West Allis, Whitefish Bay |
| | 608 | Alma, Beloit, Janesville, La Crosse, **Madison**, Middleton, Monroe, Montello, Platteville, Portage, Richland Center, Tomah, Westfield |
| | 715 | Black River Falls, Clintonville, Coloma, **Eau Claire**, Elk Mound, Marinette, Rhinelander, Schofield, Stevens Point, Superior, Wausau, Wisconsin Rapids |
| | 920 | Appleton, Berlin, Cedar Grove, Columbus, De Pere, Fond du Lac, Fort Atkinson, **Green Bay**, Jefferson, Manitowoc, Neenah, New London, Oconto, Oneida, Oshkosh, Princeton, Sheboygan, Sturgeon Bay, Watertown |
| WV | 304 | (entire state) |
| WY | 307 | (entire state) |

Back to Top