# EXHIBIT 3




Home   Corp   Mktg/Sales   Products   Cust Svc   Careers   Contact Us   Site Map   UniNet

# Marketing Representatives & Dealers

- Marketing
- Marketing Representatives / Dealers
- OEMs
- Event Schedule
- News



**North American Sales Reg**
- Northeast
- Southeast
- Midwest
- West

**International Sales Reg**

**Airline Program**

**Military Program**

**Marketing Administra**

## SOUTHEAST

**Tom Hook**
**Regional Marketing Manager**
thook@uasc.com

Tel (410) 398-2789



### Authorized Dealers

**USA**
**Alabama**

| | |
|---|---|
| **Mercury Air Center** | 4725 65th Place North |
| Tel 205 599 7622 | Birmingham, AL 35206 |
| Fax 205 592 0080 | USA |
| **Web Site** | |
| **SOUTHERN AVIONICS AND COMMUNICATION INC** | 2495 A MICHIGAN AVENUE MOBILE, AL 36615 |
| sales@avionics.net | USA |
| Tel 334 433 9980 | |
| Fax 334 433 0347 | |
| **Web Site** | |

**Delaware**

**Dassault Falcon Jet**   New Castle Airport

| | | |
|---|---|---|
| **Wilmington Corporation** | 153 N. Dupont Highway | |
| Tel 302 322 7569 | New Castle, DE 19720 | |
| Fax 302 322 7561 | USA | |
| **Delta Engineering Corporation** | 13 DRBA Way | |
| Tel (302) 325-9335 | New Castle, DE 19720 | |
| Fax (302) 325-9420 | USA | |
| Web Site | | |
| **PATS, Inc.** | 6 Nanticoke Avenue | |
| Tel 302 855 5888 | Georgetown, DE 19947 | |
| Fax 302 855 5801 | USA | |
| **Summit Aviation, Inc.** | Summit Airport | |
| Tel 302 834 5400 | Route 896 South | |
| Fax 302 378 7035 | Middletown, DE 19709 | |
| | USA | |

## Florida

| | |
|---|---|
| **Banyan Air Service** | Ft. Lauderdale Executive Airport |
| Avionics@banyanair.com | 1575 W. Commercial Blvd. |
| Tel 954 491 3170 | Ft. Lauderdale, FL 33309 |
| Fax 954 491 0281 | USA |
| Web Site | |
| **Bombardier Aviation Services--Ft Lauderdale** | 4100 S.W. 11th Terrace |
| Tel 954 359 7887 | Ft. Lauderdale, FL 33315 |
| Fax 954 359 0510 | USA |
| **CE Avionics, Inc.** | Orlando Sanford Airport |
| Tel 407 323 0200 | 2789 Flightline Avenue |
| | Sanford, FL 32773 |
| | USA |
| **Cessna Orlando Citation Service Center** | 4134 Bear Road |
| mleahy@cessna.textron.com | Orlando, FL 32827 |
| Tel 407 859 1245 | USA |
| Fax 407 240 0572 | |
| Web Site | |
| **General Dynamics Aviation Services Corporation West Palm Beach** | Palm Beach International Airport |
| Tel 561 478 8700 | 1500 Perimeter Road |
| Fax 561 233 8556 | Bldg C |
| Web Site | West Palm Beach, FL 33406 |
| | USA |
| **Jet Aviation -- Palm Beach** | Palm Beach International Airport |
| jahq@jetaviation.com | 1515 Perimeter Road |
| Tel 561 233 7242 | West Palm Beach, FL 33406 |
| Fax 561 233 7279 | USA |
| Web Site | |
| **Precision Jet Avionics, Inc.** | 2313-1 SE Aviation Way |
| Tel 561 781 6477 | Hangar 7 |
| Fax 561 781 6776 | Stuart, FL 34996 |
| | USA |
| **PrivateSky Aviation Services, Inc.** | One PrivateSky Way |
| information@privatesky.net | Ft Myers, FL 33913 |
| Tel 239 225 6100 | USA |
| Web Site | |
| **Raytheon Aircraft Service--Tampa** | P.O. BOX 30100 |
| Tel 813 878 4551 | Tampa, FL 33630 |
| Fax 813 874 1542 | USA |
| Web Site | |
| **Reliance Aviation** | 1150 LEE WAGENER BLVD |
| Tel 954 359 4200 | FT LAUDERDALE, FL 33315 |
| Fax 954 359 0017 | USA |

|  |  |
|---|---|
| **Southeast Aerospace, Inc** | Web Site |
| sales@seaerospace.com | 1399 General Aviation Drive |
| Tel 321 255 9877 | Melbourne, FL 32935 |
| Fax 321 255 9608 | USA |
| Web Site | |
| **STARPORT AVIATION** | 200 STARPORT WAY |
| jude@starportusa.com | SANFORD, FL 32773 |
| Tel 407 585 3426 | USA |
| Fax 407 585 3396 | |
| Web Site | |
| **Sun Equipment and Engineering** | 5401 East Perimeter Rd |
| Tel 954 772 4642 | Ft. Lauderdale, FL 33309 |
| Fax 954 772 8638 | USA |
| **Superior Avionics, Inc.** | 2700 NW 62nd Street Ste D121 |
| Tel 954 917 9194 | Ft. Lauderdale, FL 33309 |
| Fax 954 917 9172 | USA |

## Georgia

|  |  |
|---|---|
| **Aircraft Specialists, Inc.** | 450 Briscoe Blvd Ste 107 |
| aircraftspecialists@hotmail.com | Lawrenceville, GA 30045 |
| Tel 770 513 3161 | USA |
| Fax 770 237 5435 | |
| **Epps Aviation** | 1 Aviation Way |
| jodyk@eppsaviation.com | DeKalb-Peachtree Airport |
| Tel 770 458 9851 | Atlanta, GA 30341 |
| Fax 770 458 3023 | USA |
| Web Site | |
| **GARDNER AVIATION** | 500 AVIATION WAY STE B5 |
| khgardner@gardneraviation.com | PEACHTREE CITY, GA 30269 |
| Tel 770 486 6061 | USA |
| Fax 770 486 0748 | |
| Web Site | |
| **Gulfstream Aerospace Corporation** | 500 Gulfstream Road |
| Tel 912 965 3000 | Savannah, GA 31407 |
| Fax 912 966 4440 | USA |
| Web Site | |
| **Landmark Aviation -- Augusta** | Bush Field Airport |
| Tel 706 771 5640 | 1550 Hangar Road |
| Web Site | Augusta, GA 30906 |
|  | USA |
| **Millennium Avionics, LLC** | 1959 Airport Road |
| Tel 770 454 6064 | Atlanta, GA 30341 |
|  | USA |
| **Raytheon Aircraft Service--Atlanta** | Fulton County Airport |
| Tel 404 699 9065 | 3984 Aviation Circle |
| Fax 404 699 2716 | Atlanta, GA 30336 |
| Web Site | USA |
| **Savannah Air Center** | 34 Wings Road |
| Tel 912 963 0640 | Savannah, GA 31408 |
|  | USA |

## Kentucky

|  |  |
|---|---|
| **L-3 Communications Integrated Systems** | 5749 Briar Hill Road |
| | Lexington, KY 40516 |
| | USA |

## Louisiana

| | |
|---|---|
| **Petroleum Helicopters Inc**<br>Tel 337 272 4402<br>Fax 337 235 3855 | 2001 SE Evangeline Thruway<br>Layfayette, LA 70508<br>USA |

## Maryland

| | |
|---|---|
| **Aviation Resources DE, Inc.**<br>ardi@intrepid.net<br>Tel 301 665 1294<br>Fax 301 665 1273 | 18635 Jarkey Drive<br>Hagerstown Regional Airport<br>Hagerstown, MD 21742<br>USA |
| **Northrop Grumman--California Microwave Systems**<br>Tel 410 272 2228<br>Fax 410 272 4245 | Airborne System Integration Division<br>P.O. Box 358<br>Belcamp, MD 21017<br>USA |

## North Carolina

| | |
|---|---|
| **Aero Contractors, Ltd.**<br>Tel 919 934 0978<br>Fax 919 934 2296 | Johnston County Airport<br>P.O. Box 1139<br>Smithfield, NC 27577<br>USA |
| **Atlantic Aero, Inc.**<br>info@atlantic-aero.com<br>Tel 336 668 0411<br>Fax 336 668 4434<br>Web Site | Piedmont Triad International Airport<br>P.O. Box 35408<br>Greensboro, NC 27425<br>USA |
| **Cessna Greensboro Citation Service Center**<br>Tel 336 605 7000<br>Fax 336 605 7015<br>Web Site | 615 Service Center Drive<br>Greensboro, NC 27410<br>USA |
| **Piedmont-Hawthorne Aviation**<br>dave.sunda@phhi.net<br>Tel 336 776 6197<br>Fax 336 776 6204<br>Web Site | 3820 North Liberty Street<br>Winston-Salem, NC 27105<br>USA |
| **Spitfire Aviation, Inc.**<br>shailey@spitfireaviation.com<br>Tel 704-754-3591<br>Fax 704-782-4772<br>Web Site | 9200 Aviation Boulevard<br>Concord, NC 28027<br>USA |

## South Carolina

| | |
|---|---|
| **Stevens Aviation, Inc.**<br>Tel 864 879 6150<br>Fax 864 879 6215<br>Web Site | 600 Delaware Street<br>Greenville, SC 29605<br>USA |

## Tennessee

| | |
|---|---|
| **Averitt Air**<br>averittair@averittexpress.com<br>Tel 800-519-4222<br>Fax 615-360-7174<br>Web Site | Nashville Int'l Airport, Hangar 4<br>P.O. Box 17305<br>Nashville, TN 37217<br>USA |
| **Carpenter Avionics, Inc.**<br>Tel 615 355 9970<br>Fax 615 459 0656 | 624B A Street<br>Symrna Airport<br>Symrna, TN 37167<br>USA |
| **Embraer Aircraft Maintenance Services, Inc.**<br>Tel 800 327 0446<br>Fax 615 367 4327 | 10 Airways Blvd<br>Nashville, TN 37217<br>USA |

**Signature Flight Support--Memphis**　2488 Winchester Road
don.everts@signatureflight.com　Memphis, TN 38116
Tel 901 345 4700　USA
Fax 901 345 4785
Web Site

**Stevens Aviation, Inc.**　707 Hangar Lane
pwarman@stevensaviation.com　Nashville, TN 32717
Tel 615 365 2141　USA
Fax 615 365 0966
Web Site

## Virginia

**Aero Industries, Inc.**　Richmond International
avionics@aeroind.com　Airport
Tel 804 226 7200　5690 Clarkson Dr
Fax 804 226 1879　Richmond, VA 23250-2411
Web Site　USA

**Capital Aviation**　10660 Aviation Lane
info@capital-aviation.com　Manassas, VA 20110
Tel 703 369 0500　USA
Fax 703 369 3771
Web Site

Home| Corporate | Marketing | Products | Customer Service | Careers | Contact Us| Site Map| UniNet
Get Acrobat Reader
©Copyright 2000 Universal Avionics Systems Corporation
site built by marketNOW!