# EXHIBIT 4

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DELAWARE | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 1,190 | 1,797 | 1,362 | 2,028 | 1,004 | 1,303 | | |
| | Terminations | 1,448 | 1,516 | 1,507 | 1,478 | 1,020 | 955 | | |
| | Pending | 1,853 | 2,085 | 1,836 | 1,999 | 1,477 | 1,502 | | |
| | % Change in Total Filings — Over Last Year | | -33.8 | | | | | 91 | 6 |
| | % Change in Total Filings — Over Earlier Years | | | -12.6 | -41.3 | 18.5 | -8.7 | 70 | 5 |
| | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | .0 | .0 | 1.9 | 3.1 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 298 | 449 | 340 | 507 | 251 | 326 | 81 | 5 |
| | FILINGS — Civil | 264 | 414 | 306 | 462 | 233 | 307 | 70 | 5 |
| | FILINGS — Criminal Felony | 28 | 29 | 25 | 38 | 18 | 19 | 91 | 6 |
| | FILINGS — Supervised Release Hearings** | 6 | 6 | 9 | 7 | - | - | 88 | 4 |
| | Pending Cases | 463 | 521 | 459 | 500 | 369 | 376 | 26 | 3 |
| | Weighted Filings** | 422 | 534 | 424 | 516 | 379 | 389 | 59 | 4 |
| | Terminations | 362 | 379 | 377 | 370 | 255 | 239 | 71 | 4 |
| | Trials Completed | 20 | 19 | 23 | 18 | 16 | 19 | 44 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 9.4 | 9.1 | 8.3 | 9.8 | 8.0 | 6.6 | 58 | 1 |
| | From Filing to Disposition — Civil** | 10.9 | 14.0 | 11.2 | 8.2 | 12.6 | 10.9 | 68 | 5 |
| | From Filing to Trial** (Civil Only) | 23.5 | 26.0 | 24.0 | 22.5 | 21.0 | 24.0 | 47 | 2 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 156 | 65 | 66 | 99 | 77 | 70 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 9.1 | 3.4 | 3.9 | 5.4 | 5.5 | 4.9 | 77 | 5 |
| | Average Number of Felony Defendants Filed Per Case | 1.2 | 1.2 | 1.3 | 1.1 | 1.3 | 1.2 | | |
| | Jurors — Avg. Present for Jury Selection | 39.82 | 38.50 | 34.98 | 33.84 | 32.68 | 35.75 | | |
| | Jurors — Percent Not Selected or Challenged | 22.8 | 20.9 | 24.0 | 24.4 | 19.9 | 28.5 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1055 | 28 | 5 | 252 | 7 | 3 | 36 | 92 | 50 | 149 | 149 | 63 | 221 |
| Criminal* | 110 | 1 | 27 | 16 | 23 | 20 | 6 | ** | 5 | 4 | - | 6 | 2 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

http://www.uscourts.gov/cgi-bin/cmsd2005.pl         1/23/2006

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEW JERSEY | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,539 | 7,567 | 7,270 | 7,555 | 6,972 | 7,203 | | |
| | Terminations | | 7,605 | 7,373 | 6,998 | 7,125 | 7,057 | 7,161 | | |
| | Pending | | 6,987 | 6,986 | 6,765 | 6,538 | 6,101 | 6,181 | | |
| | % Change in Total Filings | Over Last Year | -.4 | | | | | | 36 | 3 |
| | | Over Earlier Years | | | 3.7 | -.2 | 8.1 | 4.7 | 40 | 3 |
| | Number of Judgeships | | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | Vacant Judgeship Months** | | 27.8 | 12.0 | 11.0 | 47.8 | 7.5 | 6.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 444 | 446 | 428 | 445 | 410 | 424 | 47 | 3 |
| | | Civil | 387 | 390 | 370 | 387 | 369 | 381 | 29 | 3 |
| | | Criminal Felony | 48 | 46 | 48 | 49 | 41 | 43 | 72 | 3 |
| | | Supervised Release Hearings** | 9 | 10 | 10 | 9 | - | - | 82 | 3 |
| | Pending Cases | | 411 | 411 | 398 | 385 | 359 | 364 | 39 | 5 |
| | Weighted Filings** | | 493 | 500 | 486 | 482 | 463 | 462 | 34 | 2 |
| | Terminations | | 447 | 434 | 412 | 419 | 415 | 421 | 46 | 3 |
| | Trials Completed | | 10 | 10 | 10 | 12 | 11 | 15 | 84 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 10.0 | 9.8 | 9.0 | 9.4 | 8.0 | 8.6 | 62 | 2 |
| | | Civil** | 7.3 | 7.6 | 7.9 | 8.4 | 7.5 | 8.0 | 8 | 2 |
| | From Filing to Trial** (Civil Only) | | 36.7 | 33.4 | 33.8 | 30.0 | 33.0 | 27.0 | 80 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 346 | 252 | 236 | 231 | 179 | 225 | | |
| | | Percentage | 5.7 | 4.2 | 4.0 | 4.0 | 3.3 | 4.1 | 50 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.2 | 1.2 | 1.2 | 1.2 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 75.41 | 40.79 | 51.72 | 41.77 | 51.55 | 40.67 | | |
| | | Percent Not Selected or Challenged | 38.3 | 24.1 | 40.3 | 37.7 | 38.9 | 39.0 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6572 | 317 | 213 | 1213 | 72 | 37 | 769 | 887 | 707 | 352 | 1011 | 39 | 955 |
| Criminal* | 797 | 2 | 256 | 35 | 87 | 206 | 50 | 41 | 13 | 19 | 13 | 26 | 49 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."