IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 05-853-SLR ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Elliot E. Polebaum, Deneen J. Melander and Joseph J. LoBue to represent the Plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fees.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Thales Airborne Systems S.A. and Thales Avionics S.A.*

Dated: February 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 05-853-SLR ) ) ) ) ) ) ) |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Elliot E. Polebaum, Deneen J. Melander and Joseph J. LoBue to represent the Plaintiffs in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., et al.,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSAL AVIONICS SYSTEMS CORP.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 05-853<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE**

　　　Pursuant to Local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the United States District Court for the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Jan 31, 2006

　　　　　　　　　　　　　　　　　　　　　　　　/s/ E.E. Polebaum
　　　　　　　　　　　　　　　　　　　　　　　　Elliot E. Polebaum, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Fried, Frank, Harris,
　　　　　　　　　　　　　　　　　　　　　　　　　Shriver & Jacobson, LLP
　　　　　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania, Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-2505
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 202-639-7067
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 202-639-7008
　　　　　　　　　　　　　　　　　　　　　　　　Elliot_polebaum@friedfrank.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., et al.,<br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL AVIONICS SYSTEMS CORP.,<br><br>Defendant. | Civil Action No. 05-853 |

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the United States District Court for the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 2/1/06

Deneen J. Melander, Esquire
Fried, Frank, Harris,
   Shriver & Jacobson, LLP
1001 Pennsylvania, Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505
Telephone: 202-639-7046
Facsimile: 202-639-7008
Deneen_Melander@friedfrank.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., et al.,  )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNIVERSAL AVIONICS SYSTEMS CORP., )<br>)<br>Defendant. ) | Civil Action No. 05-853 |

**CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the United States District Court for the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 1/31/06

Joseph J. Lobue, Esquire
Fried, Frank, Harris,
  Shriver & Jacobson, LLP
1001 Pennsylvania, Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505
Telephone: 202-639-7046
Facsimile: 202-639-7008
Joseph_lobue@friedfrank.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2006, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel for defendant at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Scott J. Bornstein, Esquire<br>Greenberg Traurig LLP<br>Met Life Building<br>200 Park Avenue<br>New York, NY 10166 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon