IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 05-853-SLR ) ) ) ) ) ) |

## STIPULATION AND ORDER

The parties stipulate and agree, subject to the Court's approval, that the time within which defendant Universal Avionics Systems Corporation must file its reply brief in support of its cross-motion to transfer this action to the United States District Court for the District of New Jersey, is extended through and including February 21, 2006.

| | |
|---|---|
| /s/ John G. Day | /s/ Frederick L. Cottrell, III |
| Steven J. Balick (#2114) | Frederick L. Cottrell, III (#2555) |
| John G. Day (#2403) | Alyssa M. Schwartz (#4351) |
| Tiffany Geyer Lydon (#3950) | Richards Layton & Finger |
| Ashby & Geddes | One Rodney Square |
| 222 Delaware Avenue | Wilmington, Delaware 19899 |
| Wilmington, DE 19899 | cottrell@rlf.com |
| sbalick@ashby-geddes.com | schwartz@rlf.com |
| jday@ashby-geddes.com | Telephone: (302) 651-7700 |
| Telephone: (302) 654-1888 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of February 2006.

_____
Chief Judge Sue L. Robinson