IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | C.A. No. 05-853-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.7, Fish & Richardson P.C., hereby enters its appearance, and the firms Richards Layton & Finger and Greenberg Traurig, LLP hereby withdraw their appearance, on behalf of Defendant Universal Avionics Systems Corporation.

| RICHARDS LAYTON & FINGER | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Frederick L. Cottrell, III* <br> Frederick L. Cottrell, III (#2555) <br> (cottrell@rlf.com) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> Tel: (302) 651-7700 | */s/ Thomas L. Halkowski* <br> Thomas L. Halkowski (#4409) <br> (halkowski@fr.com) <br> 919 N. Market Street, 11th floor <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> Tel: (302) 652-5070 |

80034494.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF SUBSTITUTION OF COUNSEL** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | *Attorneys for Plaintiffs*<br>*Thales Airborne S.A. and*<br>*Thales Avionics S.A.* |

I here by certify that on June 27, 2006, a copy of this document was mailed via first class mail to the following non-registered participants:

| | |
|---|---|
| Elliot E. Polebaum<br>Deneen J. Melander<br>Fried Frank Harris Shriver & Jacobson LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | *Attorneys for Plaintiffs*<br>*Thales Airborne S.A. and*<br>*Thales Avionics S.A.* |

                                                                /s/ Thomas L. Halkowski
                                                                Thomas L. Halkowski

80034494.doc