# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 6, 2006

The Honorable Sue L. Robinson                                VIA E-FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

   Re: *Thales Airborne Systems, et al. v. Universal Avionics Systems Corp.*,
     C.A. No. 05-853-SLR

Dear Chief Judge Robinson:

   The parties to the above action have discussed a joint form of scheduling order in preparation for the September 8, 2006 Rule 16 teleconference, but have not been able to reach agreement on a trial date. As Your Honor will see from the enclosed form of order, the plaintiffs' proposed dates are geared toward trial commencing on February 11, 2008, while the defendant's proposed dates are geared toward trial commencing on April 7, 2008. The parties recognize, of course, that they undoubtedly will need to adapt their proposed schedules to conform to the Court's calendar and availability, and look forward to discussing the case schedule with Your Honor on Friday morning at 8:30 am (Eastern).

                Respectfully,

                /s/ *John G. Day*

                John G. Day (I.D. #2403)

JGD/nml
Enclosure
172809.1

  c: Clerk of the Court (by hand; w/enc.)
    Thomas Lee Halkowski, Esquire (by hand; w/enc.)
    Deneen J. Melander, Esquire (by electronic mail; w/enc.)
    Erin Dungan, Esquire (by electronic mail; w/enc.)