IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-853-SLR ) ) |
| UNIVERSAL AVIONICS SYSTEMS CORPORATION | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 15th day of September, 2006, **PLAINTIFFS' INITIAL DISCLOSURES** was served upon the following counsel of record at the address and in the manner indicated:

Thomas L. Halkowski, Esquire                                HAND DELIVERY
Fish & Richardson P.C.
919 North Market Street, 11th Floor
Wilmington, DE  19899-1114


                                        ASHBY & GEDDES

                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Steven J. Balick (I.D. #2114)
                                        John G. Day (I.D. #2403)
                                        Tiffany Geyer Lydon (I.D. #3950)
                                        222 Delaware Avenue, 17th Floor
                                        P.O. Box 1150
                                        Wilmington, Delaware 19899
                                        (302) 654-1888
                                        sbalick@ashby-geddes.com
                                        jday@ashby-geddes.com
                                        tlydon@ashby-geddes.com

                                        *Attorneys for Plaintiffs*

*Of Counsel:*

Elliot E. Polebaum
Deneen J. Melander
FRIED FRANK HARRIS SHRIVER &
　JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 639-7000

Dated:  September 15, 2006
166254.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

Thomas L. Halkowski, Esquire                                                           HAND DELIVERY
Fish & Richardson P.C.
919 North Market Street, 11th Floor
P.O. Box 1114
Wilmington, DE  19899-1114


                                                                                    */s/ Tiffany Geyer Lydon*
                                                                                    _____
                                                                                    Tiffany Geyer Lydon