# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 20, 2006

The Honorable Sue L. Robinson  VIA E-FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

   Re: *Thales Airborne Systems, et al. v. Universal Avionics Systems Corp.*,
     C.A. No. 05-853-SLR

Dear Chief Judge Robinson:

  I enclose the parties' proposed Scheduling Order in the above action, which reflects the dates provided by the Court during the September 8, 2006 Rule 16 teleconference and the additional dates agreed upon by the parties.

                Respectfully,

                /s/ *John G. Day*

                John G. Day (I.D. #2403)

JGD
Enclosure
173379.1

c: Clerk of the Court (by hand; w/enc.)
  Thomas Lee Halkowski, Esquire (by hand; w/enc.)
  Deneen J. Melander, Esquire (by electronic mail; w/enc.)
  Erin Dungan, Esquire (by electronic mail; w/enc.)