IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A., <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, | C.A. No. 05-853 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 11, 2006, a true and correct copy of the following: (1) DEFENDANT UNIVERSAL AVIONICS SYSTEMS CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-85) TO THALES AIRBORNE SYSTEMS S.A., AND THALES AVIONICS S.A.; and, (2) DEFENDANT UNIVERSAL AVIONICS SYSTEMS CORP.'S FIRST SET OF INTERROGATORIES (NOS. 1-14) TO THALES AIRBORNE SYSTEMS S.A., AND THALES AVIONICS S.A. were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**U.S. MAIL**
Deneen J. Melander
Elliot E. Polebaum
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Dated: October 11, 2006                FISH & RICHARDSON P.C.

By: */S/ Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    (halkowski@fr.com)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070

    Howard G. Pollack
    Michael Headley
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Tel: (650) 839-5070

Attorneys for Defendant
Universal Avionics Systems Corporation

50377145.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2006, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esquire
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on October 11, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

**U.S. MAIL**
Deneen J. Melander
Elliot E. Polebaum
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

                                              */s/ Thomas L. Halkowski*
                                              Thomas L. Halkowski
                                              (halkowski@fr.com)

50377145.doc