IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A.,<br><br>Plaintiffs<br><br>v.<br><br>UNIVERSAL AVIONICS SYSTEMS CORPORATION,<br><br>Defendant | Civil Action No. 05-853 (SLR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Erin Overom Dungan, Michael Headley, Howard Pollack and Rajesh Bagga to represent Universal Avionics Systems Corporation in this matter.

Signed:  /s/ Thomas L. Halkowski
  Thomas L. Halkowski (#4099)
  919 N. Market Street, Suite 1100
  P.O. Box 1114
  Wilmington, DE  19899-1114
  Tel:  (302) 652-5070
  Fax:  (302) 652-0607

Date:  October 31, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2006      _____
                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____
Erin Overom Dungan
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650 839-5070
Email: dungan@fr.com

Date: 10/26/2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *(signature)*
Michael Headley
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650 839-5139
Email: headley@fr.com

Date: 10/26/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Rajesh Bagga
Rajesh Bagga
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650 839-5070
Email: bagga@fr.com

Date: Oct. 26, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____
Howard G. Pollack
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-839-5007
Email: pollack@fr.com

Date: 10/26/06

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed with the Clerk of Court the MOTION AND ORDER FOR ADMISSION PRO HAC VICE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esquire
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on October 31, 2006, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

**U.S. MAIL**
Deneen J. Melander
Elliot E. Polebaum
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80037631.doc