IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNIVERSAL AVIONICS SYSTEMS )<br>CORPORATION )<br>)<br>Defendant. ) | C.A. No. 05-853-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November, 2006, **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

Thomas L. Halkowski, Esquire                                    HAND DELIVERY
Fish & Richardson P.C.
919 North Market Street, 11th Floor
Wilmington, DE  19899-1114

Erin Overom Dungan, Esquire                                    VIA FEDERAL EXPRESS
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com

        *Attorneys for Plaintiffs*

*Of Counsel:*

Elliot E. Polebaum
Deneen J. Melander
FRIED FRANK HARRIS SHRIVER &
   JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 639-7000

Dated: November 2, 2006
166254.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>Fish & Richardson P.C.<br>919 North Market Street, 11th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Erin Overom Dungan, Esquire<br>Fish & Richardson, P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon