IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A.<br><br>       Plaintiffs,<br><br>v.<br><br>UNIVERSAL AVIONICS SYSTEMS CORPORATION<br><br>       Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-853-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of November, 2006, **PLAINTIFFS THALES AIRBORNE SYSTEMS S.A. AND THALES AVIONICS S.A.'S RESPONSE TO DEFENDANT UNIVERSAL SYSTEMS CORP.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-85)** was served upon the following counsel of record at the address and in the manner indicated:

Thomas L. Halkowski, Esquire                                   HAND DELIVERY
Fish & Richardson P.C.
919 North Market Street, 11th Floor
Wilmington, DE  19899-1114


Erin Overom Dungan, Esquire                                   VIA FEDERAL EXPRESS
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

ASHBY & GEDDES

*/s/ John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Elliot E. Polebaum
Deneen J. Melander
FRIED FRANK HARRIS SHRIVER &
    JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 639-7000

Dated:  November 13, 2006
166254.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>Fish & Richardson P.C.<br>919 North Market Street, 11th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Erin Overom Dungan, Esquire<br>Fish & Richardson, P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day