IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THALES AIRBORNE SYSTEMS S.A., 
and THALES AVIONICS S.A.,

    Plaintiffs,

v.

UNIVERSAL AVIONICS SYSTEMS
CORPORATION,

    Defendant.

C.A. No. 05-853 (SLR)

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 4, 2006, a true and correct copy of Defendant Universal Avionics Systems Corporation's Responses to Plaintiffs' First Set of Requests for Production and Things (Nos. 1-89) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY HAND**
Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**BY U.S. MAIL**
Deneen J. Melander, Esq.
Elliot E. Polebaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Dated: December 4, 2006

FISH & RICHARDSON P.C.

By: _____
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607
Howard G. Pollack

John Picone
Michael Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5070

Attorneys for Defendant
Universal Avionics Systems Corporation

80039641.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Steven J. Balick, Esq.
John G. Day, Esquire
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on December 4, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

**BY U.S. MAIL**
Deneen J. Melander, Esq.
Elliot E. Polebaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Thomas L. Halkowski (halkowski@fr.com)

80039641.doc