IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THALES AIRBORNE SYSTEMS S.A., and THALES AVIONICS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-853-SLR ) ) ) ) ) ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Elliot E. Polebaum
Deneen J. Melander
FRIED FRANK HARRIS SHRIVER &
  JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 639-7000

Dated:  December 14, 2006
175976.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>Fish & Richardson P.C.<br>919 North Market Street, 11th Floor<br>P.O. Box 1114<br>Wilmington, DE  19899-1114 | VIA ELECTRONIC MAIL |
| Erin Overom Dungan, Esquire<br>Fish & Richardson, P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____
Steven J. Balick