IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-853-SLR |
| UNIVERSAL AVIONICS SYSTEMS CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Thales Airborne Systems S.A. and Thales Avionics S.A., by and through their undersigned attorneys, and Defendant Universal Avionics Systems Corporation, by and through its undersigned attorneys, hereby stipulate and agree that all claims and counterclaims are DISMISSED with prejudice, each side to bear its own costs.

ASHBY & GEDDES                                          FISH & RICHARDSON P.C.


_____/s/ Steven J. Balick_____                  _____/s/ Thomas L. Halkowski_____
Steven J. Balick (I.D. #2114)                          Thomas L. Halkowski (I.D. #4099)
John G. Day (I.D. #2403)                                919 N. Market Street, Suite 1100
500 Delaware Avenue, 8th Floor                    P.O. Box 1114
P.O. Box 1150                                                Wilmington, DE  19899-1114
Wilmington, DE  19899                                 Telephone:  (302) 652-5070
Telephone:  (302) 654-1888                           Fax:  (302) 652-0607
Fax:  (302) 654-2067                                     E-mail:  halkowski@fr.com
E-mail: sbalick@ashby-geddes.com
E-mail: jday@ashby-geddes.com                     Of Counsel:
                                                                 Howard G. Pollack
Of Counsel:                                                 Michael Headley
Elliot E. Polebaum                                        Erin O. Dungan
Deneen J. Melander                                       500 Arguello Street, Suite 500
Fried, Frank, Harris, Shriver                          Redwood City, CA 94063
   & Jacobson LLP                                          *Attorneys for Defendant Universal*
1001 Pennsylvania Avenue, N.W., Suite 800     *Avionics Systems Corporation*
Washington, D.C.  20004-2505

   *Attorneys for Plaintiffs Thales Airborne*
   *Systems S.A. and Thales Avionics S.A.*


SO ORDERED this _____ day of _____, 2007.


_____
Chief Judge