## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THALES AIRBORNE SYSTEMS S.A. and THALES AVIONICS S.A., | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-853-SLR |
| | : | |
| UNIVERSAL AVIONICS SYSTEMS CORPORATION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

At Wilmington this **9th** day of **April, 2007,**

IT IS ORDERED that the mediation conference scheduled for Wednesday, June 6, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE